UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-20237-GAYLES/GOODMAN

CASE NO. _____

52 U.S.C. § 20511(2)(B)
18 U.S.C. § 611(a)
18 U.S.C. § 1015(a)

UNITED STATES OF AMERICA

v.

GORDON LOUIS,

　　Defendant.
_____/

FILED BY __BM__ D.C.
May 22, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Casting a False Ballot
### (52 U.S.C. § 20511(2)(B))

On or about October 31, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GORDON LOUIS,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

### COUNT 2
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about October 31, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GORDON LOUIS,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## COUNT 3
### False Statement Related to Naturalization
### (18 U.S.C. § 1015(a))

On or about October 28, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GORDON LOUIS,**

did knowingly make a false statement under oath, in a case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization and citizenship, that is, the defendant represented to the United States Citizen and Immigration Services on his N-400 Application for Naturalization that he had never claimed to be a U.S. citizen (in writing or any other way), when in truth and in fact, and as the defendant then and there well knew, he had previously claimed to be a U.S. citizen, in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

CHRISTOPHER JONES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-20237-GAYLES/GOODMAN**

v.

GORDON LOUIS,

Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [x] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3-5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Christopher Jones
Assistant United States Attorney
SDFL Court ID No.  A5503315

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  GORDON LOUIS

**Case No**: _____

Count 1:

Casting a False Ballot

Title 52, United States Code, Section 20511(2)(B)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count 2:

Unlawful Voting by an Alien in Presidential Election

Title 18, United States Code, Section 611(a)
* **Max. Term of Imprisonment:** 1 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $100,000

Count 3:

False Statement Related to Naturalization

Title 18, United States Code, Section 1015(a)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.