UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20237-CR-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GORDON LOUIS,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The Federal Public Defender's Office for the Southern District of Florida gives notice that undersigned counsel will be appearing on behalf of the Defendant in the above referenced case.

    Respectfully submitted,

    HECTOR A. DOPICO
    FEDERAL PUBLIC DEFENDER

By: /s/ *Helene Barthelemy*
    Helene Barthelemy
    Assistant Federal Public Defender
    Florida Bar No.: 1044459
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    Tel: (305) 530-7000
    E-mail: Helene_barthelemy@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **June 16, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ *Helene Barthelemy*
      Helene Barthelemy