UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CR-20237-GAYLES

**UNITED STATES OF AMERICA,**

v.

**GORDON LOUIS,**

    **Defendant.**

_____/

**GOVERNMENT'S SIXTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this Sixth Response to the Standing Discovery Order. On August 26, 2025, the government produced, via USAfx, additional discovery Bates stamped Louis_000514 through Louis_000716 pursuant to the protective ordered entered in this case. Dkt. 27. Please contact the undersigned Assistant United States Attorney if any pages are missing.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By:    /s/ *Christopher Jones*
    Christopher Jones
    Assistant United States Attorney
    Court ID No. A5503315
    United States Attorney's Office
    99 Northeast Fourth Street
    Miami, Florida 33132-2111
    Tel: 305-961-9161
    Email: Christopher.Jones4@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF this 26th day of August, 2025, and that the discovery referenced above has been provided to counsel for the Defendant by separate transmission.

/s/ Christopher Jones
Christopher Jones
Assistant United States Attorney