UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CR-20237-GAYLES

UNITED STATES OF AMERICA,

v.

GORDON LOUIS,

    **Defendant.**

_____/

GOVERNMENT'S EIGHTH RESPONSE TO
THE STANDING DISCOVERY ORDER

    The United States hereby files this Eighth Response to the Standing Discovery Order. On September 15, 2025, the government produced, via USAfx, additional discovery Bates stamped Louis_000801 through Louis_001353. Please contact the undersigned Assistant United States Attorney if any pages are missing.

        Respectfully submitted,

        JASON A. REDING QUIÑONES
        UNITED STATES ATTORNEY

By:   /s/ *Christopher Jones*
      Christopher Jones
      Assistant United States Attorney
      Court ID No. A5503315
      United States Attorney's Office
      99 Northeast Fourth Street
      Miami, Florida 33132-2111
      Tel: 305-961-9161
      Email: Christopher.Jones4@usdoj.gov

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF this 15th day of September, 2025, and that the discovery referenced above has been provided to counsel for the Defendant by separate transmission.

                */s/ Christopher Jones*
                Christopher Jones
                Assistant United States Attorney