UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20237-CR-GAYLES

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

GORDON LOUIS,

     Defendant.

                              /

**NOTICE OF FILING SUPPLEMENT
IN SUPPORT OF MOTION
FOR DISCOVERY ON SELECTIVE PROSECUTION**

     Gordon Louis, through counsel, and consistent with the Court's Order, respectfully submits the following Exhibits in support of the Motion for Discovery on the Issue of Selective Prosecution ("Motion"):

**CM/ECF Reports** indicating all the cases prosecuted in the district for voter fraud between January 1, 2020, and November 18, 2025:

- **Exhibit 1**: CM/ECF report indicating all the cases prosecuted for violations of 18 U.S.C. § 611.

- **Exhibit 2**: CM/ECF report indicating all the cases prosecuted for violations of 18 U.S.C. § 1015(f).[1]

---

[1] Note that *United States v. Camilo Cruz*, 25-cr-20432-JB, and *United States v. Howard Adrian Palmer*, 25-cr-20453-KMW, are not voter fraud cases so were not included in the analysis.

1

- **Exhibit 3**: CM/ECF report indicating all the cases prosecuted for violations of 52 U.S.C. § 20511.

**Federal Indictments and/or Informations** for every voter fraud case brought in the Southern District of Florida since January 1, 2020, alongside accompanying articles and/or third-party voter registration information indicating the prosecuted individual's party affiliation:

- **Exhibit 4**: Pascal Corso

   o Exhibit 4a: The Information charging Pascal Corso on January 22, 2021. His party affiliation is unknown to the defense.[2] This is the one voter fraud case filed prior to the start of the Trump administration and following January 1, 2020.

- **Exhibit 5**: Jose Abreu

   o Exhibit 5a: The Indictment charging Jose Abreu with voter fraud on January 30, 2025, following the start of the Trump administration.

   o Exhibit 5b: The detention hearing transcript indicating that "before that first indictment [was] filed [on August 15, 2024], [the Government was] aware of the information connected to the voting" but only charged him with voter fraud after the start of the Trump administration. Exhibit 5b at 11.

---

[2] The Government does not dispute that only Democrats or independents are being prosecuted in the district for voter fraud. The Government's response only states that "in one case, the defendant initially registered as a Republican and later as an Independent; in another case, the defendant initially registered as a Republican and later as a Democrat." ECF No. [36] at 10 n. 4.

- o Exhibit 5c: The previous Indictment charging Jose Abreu with other counts but not with voter fraud on August 15, 2024, prior to the start of the Trump administration.

- o Mr. Abreu's party affiliation is unknown to the defense but the Government's response makes clear he is not a Republican.[3]

- **Exhibit 6:** Ashley R. Rivers

  - o Exhibit 6a: The Indictment charging Ashley R. Rivers with voter fraud on March 20, 2025 (indicating the use of an alias, Ashley Rad Hilliard).

  - o Exhibit 6b: A third-party voter registration document from Florida Residents Directory indicating that Ashley Rod Hillard (sic) is affiliated with the Florida Democratic Party.

- **Exhibit 7**: Yelyzaveta Demydenko and Svitlana Demydenko

  - o Exhibit 7a: The Indictment charging Yelyzaveta Demydenko and Svitlana Demydenko with voter fraud on August 5, 2025.

  - o Exhibit 7b: An article from NPR indicating that Yelyzaveta Demydenko and Svitlana Demydenko "were both registered Democrats[.]" *See* Exhibit 7b at 3.

- **Exhibit 8**: Michael Rigby

---

[3] The Government does not dispute that only Democrats or independents are being prosecuted in the district for voter fraud. The Government's response only states that "in one case, the defendant initially registered as a Republican and later as an Independent; in another case, the defendant initially registered as a Republican and later as a Democrat." ECF No. [36] at 10 n. 4.

- o Exhibit 8a: The indictment charging Michael Rigby with voter fraud on June 13, 2025.

- o Exhibit 8b: A third-party voter registration document from Florida Residents Directory indicating that Michael Rigby is registered with the Florida Democratic Party.

- **Exhibit 9**: Roberto Figueredo

  - o Exhibit 9a: The indictment charging Roberto Figueredo with voter fraud on June 12, 2025.

  - o Exhibit 9b: A third-party voter registration document from Florida Residents Directory indicating that Roberto Figueredo is registered with the Independent Party of Florida.

- **Exhibit 10**: Ortencia Brown

  - o Exhibit 10a: The indictment charging Ortencia Brown with voter fraud on August 14, 2025.

  - o Exhibit 10b: A third-party voter registration document from VoterRecords.com indicating that Ortencia Brown is registered with the Democratic Party

- **Exhibit 11**: Moises Lima Jr.

  - o Exhibit 11a: The indictment charging Moises Lima Jr. with voter fraud on October 30, 2025

- o Exhibit 11b: A third-party voter registration document from VoterRecords.com indicating that Moises Adin Lima is registered with the Democratic Party

- **Exhibit 12**: Chelsea Michelle Ann Cox

  - o Exhibit 12a: The information charging Chelsea Michelle Ann Cox with voter fraud on October 22, 2025.

  - o Exhibit 12b: A third-party voter registration document from Florida Residents Directory indicating that Chelsea Michelle Ann Cox has no party affiliation.

**Florida state cases** indicating that Republican voters do engage in voter fraud:

  - o **Exhibit 13**: Robert Rivernider Jr.

    - Exhibit 13a: Elections Fraud Complaint against Robert Rivernider Jr.

    - Exhibit 13b: State Information against Robert Rivernider Jr. charging Mr. Rivernider with voter fraud on September 27, 2023.

    - Exhibit 13c: State Judgment indicating Robert Rivernider Jr. went to trial and was found guilty of voter fraud counts.

    - Exhibit 13d: Federal judgment from Connecticut condemning Mr. Rivernider to 144 months sentence and a five-year term of supervised release on December 18, 2013, reflecting that Mr. Rivernider was a convicted felon.

- Exhibit 13e: Federal order transferring probation for Mr. Rivernider Jr. from Connecticut to the Middle District of Florida and indicating dates of supervised release range from May 14, 2020, to May 13, 2025, reflecting he was on federal supervised release when the voter fraud occurred.
- Exhibit 13f: Article from Channel 6/ClickOrlando indicating that Mr. Rivernider is a Republican party activist. *See* Exhibit 13f at 2.
  - Exhibit 13g: A third-party voter registration document from Florida Residents Directory indicating that Robert Rivernider is registered as a Republican.

- o **Exhibit 14:** Nathan Hart
  - Exhibit 14a: State Information charging Nathan Hart with voter fraud on August 25, 2022.
  - Exhibit 14b: Judgment and Sentence indicating Nathan Hart found guilty of Count 1 after trial (False Affirmation in Connection with Election in violation of Fla. Stat. 104.011(1), described on verdict form as "False Swearing").
  - Exhibit 14c: Article from *The Guardian* indicating Mr. Hart was registered to vote as a Republican and had a prior conviction. *See* Exhibit 14c at 2.

- Exhibit 14d: A third-party voter registration document from Florida Residents Directory indicating that Nathan Hart is registered as a Republican.

- **Exhibit 15**: John Boyd Rivers

  - Exhibit 15a: State Information charging John Boyd Rivers with voter fraud on March 30, 2022.

  - Exhibit 15b: State Judgment indicating guilty verdict after trial on May 16, 2023.

  - Exhibit 15c: Article from *The Guardian* indicating John Boyd Rivers is registered as a Republican and has a felony conviction. *See* Exhibit 14c at 2.

  - Exhibit 15d: A third-party voter registration document from Florida Residents Directory indicating that John Boyd Rivers is registered as a Republican.

- **Exhibit 16**: Jay Ketcik

  - Exhibit 16a: State Docket indicating Jay Ketcik was charged with voter fraud on November 29, 2021.[4]

  - Exhibit 16b: Order Referring Jay Ketcik to Pretrial Intervention

  - Exhibit 16c: Page from Voter Information Lookup indicating that Jay Ketcik is registered as a Republican.

---

[4] The full docket is no longer available online, presumably because Mr. Ketcik has sought to expunge his record. Defense was able to access this information because it was saved in a database maintained by the Heritage Foundation.

- **Exhibit 17**: Joan Marie Halstead

  - Exhibit 17a: News article from Village-News.com indicating that Joan Marie Halstead was convicted of voter fraud and entered into a pre-trial interventional contract.[5]

  - Exhibit 17b: Page from Voter Information Lookup indicating that Joan Halstead is registered as a Republican.

- **Exhibit 18**: Kevin Bolton

  - Exhibit 18a: State Docket indicating that Kevin Bolton pled *nolo contendere* for voter fraud, after being charged with voter fraud on August 9, 2023.

  - Exhibit 18b: Article from *Georgia Recorder* indicating Kevin Bolton is registered as a Republican. *See* Exhibit 18b at 2.

    - Exhibit 18c: A third-party voter registration document from Florida Residents Directory indicating that Kevin Bolton is registered as a Republican.

- **Exhibit 19**: Cheryl Hall

  - Exhibit 19a: Information charging Cheryl Hall with voter fraud on March 16, 2020.

  - Exhibit 19b: Plea Agreement Reflecting Cheryl Hall pled guilty to voter fraud.

---

[5] The state records are no longer available, presumably because Ms. Halstead has sought to expunge her record.

- Exhibit 19c: Article from *Orlando Sentinel* indicating Cheryl Hall is registered as a Republican. *See* Exhibit 19c at 1.

- **Exhibit 20:** Benjamin Paris

  - Exhibit 20a: Judgment from September 6, 2022, showing court ordered fines for Benjamin Paris for inappropriate election contributions.

  - Exhibit 20b: Motion for New trial from Benjamin Paris reflecting that Mr. Paris went to trial and was found guilty. *See* Exhibit 20b at 1.

  - Exhibit 20c: Article from WUSF/NPR indicating that Benjamin Paris was the chairman of the Republican Party in Seminole County.

- **Exhibit 21**: Charles Barnes

  - Exhibit 21a: Information charging Charles Barnes with voter fraud on November 29, 2021.

  - Exhibit 21b: State of Florida Announcement of Nolle Prosequi after Charles Barnes completed all the terms of his pretrial intervention program for Casting More than One Ballot.

  - Exhibit 21c: Article from Click Orlando/ Channel 6 indicating that Charles Barnes was not affiliated to a political party. [6] The article

---

[6] The reply incorrectly identified Charles Barnes as a Republican and this exhibit is attached in part to reflect the fact that he actually has no party affiliation and in part to reflect the involvement of federal law enforcement in these cases. *See* ECF No. [39] at 3.

indicates that the FBI was involved in investigating him, indicating that federal law enforcement was involved in voter fraud prosecutions in Florida.

- o **Exhibit 22**: John Rider

  - Exhibit 22a: Information charging John Rider with voter fraud on November 29, 2021.

  - Exhibit 22b: State of Florida Announcement of *Nolle Prosequi* after John Rider completed all the terms of his pretrial intervention program for voter fraud.

  - Exhibit 22c: Page from Voter Information Lookup indicating that John David Rider has no party affiliation.[7]

- **Exhibit 23**: **Executive Order 14248** from March 25, 2025, entitled "Preserving and Protecting the Integrity of American Elections" indicating the prioritization of enforcement "of 18 U.S.C. 611 and 1015(f) and similar laws that restrict non-citizens from registering to vote or voting[.]" *See* Exhibit 23 at 3.

- **Exhibit 24**: **List of federal cases prosecuted for voter fraud** in the Southern District of Florida reflecting party affiliation (marked for identification as Defense Exhibit A at the hearing).

- **Exhibit 25: List of state cases for voter fraud** against Republicans identified by the defense, including two non-affiliated voters incorrectly

---

[7] The reply incorrectly identified John Rider as a Republican and this exhibit is to correct that he actually has no party affiliation. *See* ECF No. [39] at 3.

identified in the reply as Republican to correct their voter affiliation (marked

for identification as Defense Exhibit B at the hearing).


Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: /s/ *Helene Barthelemy*
Helene Barthelemy
Assistant Federal Public Defender
Florida Bar No.: 1044459
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
E-mail: Helene_barthelemy@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **November 21, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ *Helene Barthelemy*

Helene Barthelemy