**<u>Exhibit 1:</u>**

**CM/ECF report indicating all the cases prosecuted for violations of**

**18 U.S.C. § 611 between January 1, 2020 and November 18, 2025**

# Criminal Cases Report

## U.S. District Court -- Southern District of Florida
### Filed Report Period: 1/1/2020 - 11/18/2025

| Case Number/Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 0:25-cr-60249-DSL<br>**USA v. Cox** | *Case filed:* 10/22/2025 | | *Office:* Ft Lauderdale<br>*Presider:* David S. Leibowitz<br>Citation: 18:611.M VOTING BY ALIENS |
| 1 - Chelsea Michelle Ann Cox | *Added:* 10/22/2025 | 27 | *Presider:* David S. Leibowitz |
| 0:25-cr-60254-MD<br>**USA v. Moises Lima Junior** | *Case filed:* 10/30/2025 | | *Office:* Ft Lauderdale<br>*Presider:* Melissa Damian<br>Citation: 18:611.M VOTING BY ALIENS |
| 1 - Moises Lima Junior | *Added:* 10/30/2025 | 19 | *Presider:* Melissa Damian |
| 1:25-cr-20237-DPG<br>**USA v. Gordon Louis** | *Case filed:* 05/22/2025 | | *Office:* Miami<br>*Presider:* Darrin P. Gayles<br>*Referral:* Detra Shaw-Wilder<br>Citation: 18:611.M VOTING BY ALIENS |
| 1 - Gordon Louis | *Added:* 05/22/2025 | 180 | *Presider:* Darrin P. Gayles<br>*Referral:* Detra Shaw-Wilder |
| 9:25-cr-80068-EA<br>**USA v. Demydenko et al** | *Case filed:* 05/08/2025 | | *Office:* West Palm Beach<br>*Presider:* Ed Artau<br>*Referral:* Bruce E. Reinhart<br>Citation: 18:611.M VOTING BY ALIENS |
| 1 - Yelyzaveta Demydenko | *Added:* 05/08/2025 | 194 | *Presider:* Ed Artau<br>*Referral:* Bruce E. Reinhart |
| 2 - Svitlana Demydenko | *Added:* 05/08/2025 | 194 | *Presider:* Ed Artau<br>*Referral:* Bruce E. Reinhart |
| 9:25-cr-80094-AMC<br>**USA v. Figueredo** | *Case filed:* 06/12/2025 | | *Office:* West Palm Beach<br>*Presider:* Aileen M. Cannon<br>Citation: 18:611.M VOTING BY ALIENS |
| 1 - Roberto Figueredo | *Added:* 06/12/2025 | 159 | *Presider:* Aileen M. Cannon |
| 9:25-cr-80095-DMM<br>**USA v. Rigby** | *Case filed:* 06/12/2025 | | *Office:* West Palm Beach<br>*Presider:* Donald M. Middlebrooks<br>Citation: 18:611.M VOTING BY ALIENS |
| 1 - Michael Ralph Rigby | *Added:* 06/12/2025 | 159 | *Presider:* Donald M. Middlebrooks |

**Total Number of Cases Reported:** 6

## Selection Criteria for Report

| | |
|---|---|
| **Office** | All |
| **Case type(s)** | All |
| **Citation** | 18:611.M |

| Pending counts | Yes |
|---|---|
| Disposed counts | Yes |
| CVB Cases | No |
| Filed Date | 1/1/2020 - 11/18/2025 |
| Case flags | All |
| Terminal digits | All |
| Pending defendants | Yes |
| Terminated defendants | No |
| Fugitive defendants | No |
| Non-fugitive defendants | Yes |
| Sort by | case number |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/18/2025 18:47:45 | | | |
| **PACER Login:** | Helenebarthelemy | **Client Code:** | |
| **Description:** | Criminal Cases Report | **Search Criteria:** | Filed From: 1/1/2020 Filed To: 11/18/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**<u>Exhibit 2:</u>**

**CM/ECF report indicating all the cases prosecuted for violations of**

**18 U.S.C. § 1015(f) between January 1, 2020 and November 18, 2025**

# Criminal Cases Report

## U.S. District Court -- Southern District of Florida
## Filed Report Period: 1/1/2020 - 11/18/2025

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 0:25-cr-60254-MD **USA v. Moises Lima Junior** | *Case filed:* 10/30/2025 | | *Office:* Ft Lauderdale<br>*Presider:* Melissa Damian<br>Citation: 18:1015.F<br>NATURATIZATION/CITIZENSHIP/ALIEN REG. |
| 1 - Moises Lima Junior | *Added:* 10/30/2025 | 19 | *Presider:* Melissa Damian |
| 1:25-cr-20237-DPG **USA v. Gordon Louis** | *Case filed:* 05/22/2025 | | *Office:* Miami<br>*Presider:* Darrin P. Gayles<br>*Referral:* Detra Shaw-Wilder<br>Citation: 18:1015.F<br>NATURATIZATION/CITIZENSHIP/ALIEN REG. |
| 1 - Gordon Louis | *Added:* 05/22/2025 | 180 | *Presider:* Darrin P. Gayles<br>*Referral:* Detra Shaw-Wilder |
| 1:25-cr-20432-JB **USA v. Cruz** | *Case filed:* 09/30/2025 | | *Office:* Miami<br>*Presider:* Jacqueline Becerra<br>Citation: 18:1015.F<br>NATURATIZATION/CITIZENSHIP/ALIEN REG. |
| 1 - Camilo Cruz | *Added:* 09/30/2025 | 49 | *Presider:* Jacqueline Becerra |
| 1:25-cr-20453-KMW **USA v. Howard Adrian Palmer** | *Case filed:* 10/15/2025 | | *Office:* Miami<br>*Presider:* Kathleen M. Williams<br>Citation: 18:1015.F<br>NATURATIZATION/CITIZENSHIP/ALIEN REG. |
| 1 - Howard Adrian Palmer | *Added:* 10/15/2025 | 34 | *Presider:* Kathleen M. Williams |
| 9:25-cr-80068-EA **USA v. Demydenko et al** | *Case filed:* 05/08/2025 | | *Office:* West Palm Beach<br>*Presider:* Ed Artau<br>*Referral:* Bruce E. Reinhart<br>Citation: 18:1015.F<br>NATURATIZATION/CITIZENSHIP/ALIEN REG. |
| 1 - Yelyzaveta Demydenko | *Added:* 05/08/2025 | 194 | *Presider:* Ed Artau<br>*Referral:* Bruce E. Reinhart |
| 2 - Svitlana Demydenko | *Added:* 05/08/2025 | 194 | *Presider:* Ed Artau<br>*Referral:* Bruce E. Reinhart |

**Total Number of Cases Reported:** 5

## Selection Criteria for Report

| Office | All |
|---|---|
| Case type(s) | All |
| Citation | 18:1015.F |
| Pending counts | Yes |
| Disposed counts | Yes |
| CVB Cases | No |
| Filed Date | 1/1/2020 - 11/18/2025 |
| Case flags | All |
| Terminal digits | All |
| Pending defendants | Yes |
| Terminated defendants | No |
| Fugitive defendants | No |
| Non-fugitive defendants | Yes |
| Sort by | case number |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/18/2025 19:08:45 | | | |
| **PACER Login:** | Helenebarthelemy | **Client Code:** | |
| **Description:** | Criminal Cases Report | **Search Criteria:** | Filed From: 1/1/2020 Filed To: 11/18/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**<u>Exhibit 3:</u>**

**CM/ECF report indicating all the cases prosecuted for violations of**

**52 U.S.C. § 20511 between January 1, 2020 and November 18, 2025**

# Criminal Cases Report

### U.S. District Court -- Southern District of Florida
### Filed Report Period: 1/1/2020 - 11/18/2025

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:25-cr-20237-DPG **USA v. Gordon Louis** | *Case filed:* 05/22/2025 | | *Office:* Miami *Presider:* Darrin P. Gayles *Referral:* Detra Shaw-Wilder Citation: 52:20511.F INTERFERENCE OR FRAUD WITH VOTER REGISTRATION OR VOTING IN A FEDERAL ELECTION |
| 1 - Gordon Louis | *Added:* 05/22/2025 | 180 | *Presider:* Darrin P. Gayles *Referral:* Detra Shaw-Wilder |
| 9:25-cr-80068-EA **USA v. Demydenko et al** | *Case filed:* 05/08/2025 | | *Office:* West Palm Beach *Presider:* Ed Artau *Referral:* Bruce E. Reinhart Citation: 52:20511.F INTERFERENCE OR FRAUD WITH VOTER REGISTRATION OR VOTING IN A FEDERAL ELECTION |
| 1 - Yelyzaveta Demydenko | *Added:* 05/08/2025 | 194 | *Presider:* Ed Artau *Referral:* Bruce E. Reinhart |
| 2 - Svitlana Demydenko | *Added:* 05/08/2025 | 194 | *Presider:* Ed Artau *Referral:* Bruce E. Reinhart |
| 9:25-cr-80094-AMC **USA v. Figueredo** | *Case filed:* 06/12/2025 | | *Office:* West Palm Beach *Presider:* Aileen M. Cannon Citation: 52:20511.F INTERFERENCE OR FRAUD WITH VOTER REGISTRATION OR VOTING IN A FEDERAL ELECTION |
| 1 - Roberto Figueredo | *Added:* 06/12/2025 | 159 | *Presider:* Aileen M. Cannon |

**Total Number of Cases Reported:** 3

### Selection Criteria for Report

| | |
|---|---|
| **Office** | All |
| **Case type(s)** | All |
| **Citation** | 52:20511.F |
| **Pending counts** | Yes |
| **Disposed counts** | Yes |
| **CVB Cases** | No |
| **Filed Date** | 1/1/2020 - 11/18/2025 |
| **Case flags** | All |
| **Terminal digits** | All |
| **Pending defendants** | Yes |

| Terminated defendants | No |
|---|---|
| Fugitive defendants | No |
| Non-fugitive defendants | Yes |
| Sort by | case number |

### PACER Service Center

#### Transaction Receipt

11/18/2025 19:04:47

| PACER Login: | Helenebarthelemy | Client Code: | |
|---|---|---|---|
| Description: | Criminal Cases Report | Search Criteria: | Filed From: 1/1/2020 Filed To: 11/18/2025 |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Exempt | Exempt reason: | Always |