EXHIBITS 4-12

Federal Voter Fraud Cases Brought in the Southern District of Florida

Between January 1, 2020 and November 18, 2025

**<u>Exhibit 4a:</u>**

**Information for Pascal Corso**

**Unknown Party Affiliation**

**Filed Prior to Beginning of Trump Administration**

Filed by _____ BD ____ D.C.

**Jan 22, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60026-CR-SMITH/VALLE**

CASE NO. _____

18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

PASCAL J. CORSO,

       **Defendant.**

_____/

### INFORMATION

The United States Attorney charges that:

On or about November 8, 2016, in Broward County, in the Southern District of Florida,

the defendant,

**PASCAL J. CORSO,**

an alien, fully knowing that he was not a United States citizen, did knowingly vote in an election

held in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

PASCAL J. CORSO

_____Defendant._____/

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| __ | Miami | __ | Key West |
| ✓ | FTL | __ | WPB __ FTP |

New defendant(s)     Yes ____   No ____
Number of new defendants ____
Total number of counts ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   English

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)

   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | ✓ |
   | Felony | |

6. Has this case previously been filed in this District Court? (Yes or No)   No
   If yes: Judge     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No ✓

/s/ James M. Ustynoski
_____
**JAMES M. USTYNOSKI**
**ASSISTANT UNITED STATES ATTORNEY**
**Bar # A5502615**

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Pascal J. Corso

**Case No:** _____

Count #: 1

Election Fraud

Title 18, United States Code, Section 611

\* **Max.Penalty**: 1 year imprisonment; 1 year supervised release; and a fine up to $100,000.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. |
| Pascal J. Corso, | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ___1/20/1021___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Anthony Rubino, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

**<u>Exhibit 5a:</u>**

**Voter Fraud Indictment for Jose Abreu**

**January 30, 2025**

**Unknown Party Affiliation**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 25-CR-60015-DIMITROULEAS/HUNT
CASE NO. _____

18 U.S.C. § 1015(f)
52 U.S.C. § 10307(c)
18 U.S.C. § 922(g)(5)(A)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

CARLOS JOSE ABREU,
    a/k/a "C.R.V.,"

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### False Claims to Register to Vote
### (18 U.S.C. § 1015(f))

On or about September 29, 2020, in Broward County, in the Southern District of Florida, the defendant,

**CARLOS JOSE ABREU,**
**a/k/a "C.R.V."**

an alien, knowingly made a false statement and claim that he was a citizen of the United States in order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States Citizen when registering to vote with the office of the supervisor of elections for Broward County, Florida, in violation of Title 18, United States Code, Section 1015(f).

## COUNT 2
### False Information in Voting
### (52 U.S.C. § 10307(c))

On or about November 6, 2022, in Broward County, in the Southern District of Florida, the defendant,

### CARLOS JOSE ABREU,
### a/k/a "C.R.V."

knowingly and willfully gave false information as to his name for the purpose of establishing his eligibility to vote in primary and general elections held solely and in part for the purpose of selecting and electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, and Member of the United States House of Representatives, in that he submitted or caused to be submitted a voter's certificate required in order to vote to the supervisor of elections for Broward County, Florida, in violation of Title 52, United States Code, Section 10307(c).

## COUNT 3
### Alien in Possession of a Firearm
### (18 U.S.C. § 922(g)(5)(A))

On or about August 21, 2024, in Broward County, in the Southern District of Florida, the defendant,

### CARLOS JOSE ABREU,
### a/k/a "C.R.V."

knowing that he was an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully

2

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CARLOS JOSE ABREU**, has an interest.

2.    Upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A), or any other criminal law of the United States, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BRIANNA COAKLEY
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Carlos Jose Abreu, a/k/a "C.R.V."

**Case No**: _____

Count #: 1

False Claims to Register to Vote

Title 18, United States Code, Section 1015(f)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 3 year
* **Max. Fine:** $250,000

Count #: 2

False Information in Voting

Title 52, United States Code, Section 10307(c)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 3 year
* **Max. Fine:** $10,000

Count #: 3

Alien in Possession of a Firearm and Ammunition

Title 18, United States Code, Section 922(g)(5)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 3 year
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.:** <u>25-CR-60015-DIMITROULEAS/HUNT</u> |

**v.**

CARLOS JOSE ABREU,
  a/k/a "C.R.V.,"

_____/
                 Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☒ FTL     ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) <u>Yes</u>
    List language and/or dialect: <u>Spanish</u>

4.  This case will take <u>3</u> days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)
    I    ☒  0 to  5 days
    II   ☐  6 to 10 days
    III  ☐ 11 to 20 days
    IV   ☐ 21 to 60 days
    V    ☐ 61 days and over

    (Check only one)
    ☐ Petty
    ☐ Minor
    ☐ Misdemeanor
    ☒ Felony

6.  Has this case been previously filed in this District Court? (Yes or No) <u>No</u>
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) <u>No</u>
    If yes, _____ Magistrate Case No. _____

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) <u>Yes</u>
    If yes, Judge <u>David S. Leibowitz</u>  Case No. <u>24-CR-60155-LEIBOWITZ</u>

9.  Defendant(s) in federal custody as of <u>August 21, 2024</u>

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) <u>No</u>

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) <u>No</u>

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) <u>No</u>

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? <u>No</u>

16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? <u>No</u>

By: _____
    Brianna Coakley
    Assistant United States Attorney
    SDFL Court ID No.    A5503184

**Exhibit 5b:**

**Detention Hearing Transcript Jose Abreu**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 25-CR-60015-DSL-1

UNITED STATES OF AMERICA,                    Miami, Florida

          Plaintiff,                    February 10, 2025
vs.

CARLOS JOSE ABREU,

          Defendant.                    Pages 1 to 27
_____

DETENTION HEARING
BEFORE THE HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE
(TRANSCRIPT OF DIGITAL AUDIO RECORDING)

APPEARANCES:

FOR THE GOVERNMENT:        FELIPE PLECHAC-DIAZ, ESQ.
                          ASSISTANT UNITED STATES ATTORNEY
                          UNITED STATES ATTORNEY'S OFFICE
                          99 Northeast Fourth Street
                          Miami, Florida 33132

FOR THE DEFENDANT:         WESLEY D. WALLACE, ESQ.
                          ASSISTANT FEDERAL PUBLIC DEFENDER
                          FEDERAL PUBLIC DEFENDER'S OFFICE
                          1 E. Broward Boulevard
                          Suite 1100
                          Ft. Lauderdale, Florida 33301

TRANSCRIBED BY:

                          PATRICIA DIAZ, FCRR, RPR, FPR
                          Official Court Reporter
                          United States District Court
                          400 North Miami Avenue
                          11th Floor
                          Miami, Florida 33128
                          (305) 523-5178

INDEX OF EXAMINATION

| WITNESS | Direct | Cross | Redirect |
|---|---|---|---|
| ANGEL GARCIA, JR. | | | |
| (Mr. Diaz) | 4 (Proffer) | | 18 |
| (Mr. Wallace) | | 9 | |

(PROCEEDINGS TRANSCRIBED FROM DIGITAL AUDIO RECORDING.)

COURTROOM DEPUTY:  Recalling case 25-CR-60015, United States of America versus Carlos Jose Abreu.

Counsels, announce your name for the record, beginning with the government.

MR. PLECHAC-DIAZ:  Yes, Your Honor.

Felipe Plechac-Diaz on behalf of the United States.

THE COURT:  Good morning.

MR. WALLACE:  Good morning, again, Your Honor.  Wesley Wallace, from the Federal Public Defender's Office on behalf of Mr. Abreu.

THE COURT:  Good morning.

Mr. Abreu, you have interpreting equipment now.

Are you getting Spanish interpretation?

THE DEFENDANT:  Yes.

THE COURT:  Can you hear me and understand everything with the interpretation?

THE DEFENDANT:  Yes.

THE COURT:  If at any time you don't understand what's going on, please let me know.  We will try to take care of the problem.

Okay?

THE DEFENDANT:  Okay.

THE COURT:  Let me ask the interpreter to announce your appearance for the record.

THE INTERPRETER:  Good morning, Judge, Maria Kisic.

THE COURT:  Good morning.

Mr. Diaz, as you know, you may proceed by proffer, if you wish, as long as there is a knowledgeable agent available for cross-examination.  If you do proceed by proffer, please let me know the specific basis for the request, whether there is a presumption, and if you know what kind of guidelines Mr. Abreu is looking at if he is convicted.

DIRECT PROFFER

MR. PLECHAC-DIAZ:  Yes, Your Honor, we are proceeding by proffer.  We do have a knowledgeable agent available, Agent Angel Garcia, Jr., who directly participated in the investigation.

With respect to the guidelines, I do not know what his guidelines are.  The basis for detention is 18 U.S.C. Section 3142(f)2(A).  The United States is seeking detention based on serious risk of flight.

THE COURT:  Okay.  All right.  Go ahead with the proffer.

MR. PLECHAC-DIAZ:  Yes, Your Honor.  Before I proceed by proffer, I would ask the Court to take judicial of the Indictment, the Pretrial Services Report.

In addition, I would ask the Court to take notice of the factual proffer from Mr. Abreu's other case, 24-60155, and the detention offered from that case, the same case, 24-60155.

THE COURT: That was me. Right?

MR. PLECHAC-DIAZ: Yes, it was, Your Honor.

THE COURT: I will take judicial notice.

MR. PLECHAC-DIAZ: Okay.

Beginning with the government's proffer, the defendant's true name was Carlos Abreu. The defendant was born in the Dominican Republic. He entered the United States without inspection sometime in the early 2000s. Thereafter he settled in New Jersey, married a United States citizen. The defendant never obtained legal status in the United States or became a United States citizen.

In 2007, an arrest warrant was issued for the defendant in New Jersey for kidnapping, sexual assault, endangering a child and criminal restraint.

The arrest warrant was issued in his true name, Carlos Abreu. That arrest warrant is currently active and extraditable.

On September 7th, 2007, the defendant obtained a Florida drivers' license that bore the defendant's photograph but contained the biological information of C.R.V., including C.R.V.'s name and date of birth. C.R.V. is a United States citizen who resides in Puerto Rico. He has never -- C.R.V. has never traveled from Puerto Rico to the United States, does not know the defendant, and did not give the defendant permission to use his personal identifying information.

In 2013, the defendant's first wife applied for a U.S. passport for her minor child in common with the defendant.  She submitted a statement with her application stating that the defendant fled their home on August 2nd, 2007, after being accused of assaulting a child.  She also submitted court filing documents in her numerous attempts of unsuccessfully locating the defendant after he fled.

On October 2021, the defendant executed a U.S. passport application.  The application was referred to the Diplomatic Security Service for further investigation.

In August 2024, the defendant was charged with three counts of passport fraud in violation of 18 U.S.C., Section 1542, and one count of aggravated identity theft in violation of 18 U.S.C. 1028(A).

On January 8th, 2025, the defendant plead guilty to the false statement charges, and as stated, he intends to proceed to trial on the aggravated identity theft charge.

When the defendant plead guilty, he signed a factual proffer wherein he admitted that his true name is Carlos Abreu, that he has never had legal status in the United States, and that he knowingly made false statements as to his identity on his passport application.

The investigation revealed that he use utilized the false identity of C.R.V. in multiple fraudulent ways.  The defendant obtained a Florida drivers's license.  He obtained a

driver's license in Pennsylvania using the same identity. The defendant married his second wife utilizing the assumed identity. The defendant petitioned for his second wife to become a legal permanent resident as the spouse of a United States citizen. The defendant applied for a PPP loan and obtained a Florida concealed weapon's permit.

The defendant also registered to vote and voted in Broward County, utilizing the assumed identity of C.R.V. records from the Supervisor of Elections revealed that in 2020, the defendant renewed his voter's registration in Broward County, Florida. The address, e-mail address, and the phone number utilized on the voter registration all match the information the defendant used on the fraudulent passport application.

According to voter records, the defendant voted in the November 2022 primary election. On August 22, 2024, the defendant was arrested in Broward County, and in a post-Miranda statement, the defendant initially was deceptive to law enforcement. He denied being Carlos Abreu and falsely claimed he was a United States citizen before admitting Carlos Abreu was, in fact, his true name. He admitted to registering to vote and voting in prior United States elections using the alias.

The defendant's residence was searched pursuant to a valid search warrant. During the search, four firearms were

located, three in a safe and one elsewhere in the residence. The defendant's wife was interviewed and she stated she did not have access to the safe.  The defendant provided her with a passcode in the presence of officers.  Inside the safe there were purchase receipts for two firearms showing that they were purchased by the defendant using the alias with a Florida driver's license in C.R.V.'s name with the defendant's picture. In addition, a Florida concealed permits weapon in C.R.V.'s name was found.

Additionally, Your Honor, the defendant also has an immigration detainer and Special Agent Angel Garcia, Jr. is available for cross-examination.

THE COURT:  Agent Garcia.

Mr. Wallace, do you want to cross?

MR. WALLACE:  Yes, please, Your Honor, briefly.

THE COURT:  All right.  Will the agent come up, please.

Come up here, please.

Agent Garcia, what agency are you with?

THE WITNESS:  Diplomatic Security Services.

THE COURT:  Diplomatics Services.

Are you special agent or some other title?

THE WITNESS:  Special agent.

THE COURT:  Did you hear the proffer?

THE WITNESS:  Yes.

THE COURT:  Was it accurate?

THE WITNESS:  Yes.

THE COURT:  Is there anything you'd like to add or correct?

THE WITNESS:  (No verbal response).

THE COURT:  You're prepared to adopt that as your direct testimony?

THE WITNESS:  Yes.

THE COURT:  All right.  Have a seat.  Make sure you speak into the microphone.

All right.  Mr. Wallace, you may proceed.

CROSS-EXAMINATION

BY MR. WALLACE:

Q.  Good morning, Agent Garcia.

Thank you for appearing today.  How are you doing today?

A.  Good.  How are you doing?

Q.  I'm doing good.  Thank you for asking.

First off, what was your role in the investigation?

A.  Yes, at the time of the investigation I was co-case agent --

Q.  Okay.

A.  And now primary case agent, so...

Q.  I apologize, that first question wasn't clear.

When I say this investigation, I mean both cases, were you involved with both cases or just the initial 2024 case?

A.  Both.

Q.   So, you've been involved in that case since the inception of the 2024 case.  Correct?

A.   Yes.

Q.   If you recall, can you give us an estimate of how long your agency was investigating Mr. Abreu prior to his arrest in August of 2024?

A.   So, it was made -- once it was referred to Diplomatic Security Service, that's when we were involved, and the exact date I want to say it originated, off the top of my head, 2022.

Q.   Okay.  So, roughly about two years prior to his arrest, that's how long the investigation into him had been going on?

A.   Yes.

Q.   Okay.  At the time that he was -- well, you are aware that there is a previous indictment from 2024.  Correct?

A.   Correct.

Q.   Was your agency aware of the conduct in this current indictment at the time he was indicted in the first indictment?

A.   At the time, no.

Q.   So, at the time he was indicted in August of 2024, at that time your agency was completely unaware of anything related to the voting?

A.   They were made aware once the search warrant was executed.

Q.   So, prior to his actual arrest, you were aware of this -- of the allegations connected to the voting.  Correct?

A.   The search warrant revealed those.

Q. Okay. So, again, prior to the first indictment being filed?

A. Right.

Q. You were aware of the voting conduct?

A. Prior to the first one which resulted --

Q. Which happened after the search warrant?

A. Right.

Q. Correct. So, the search warrant happens?

A. Exactly.

Q. You find things. Later on we have an indictment.

A. Correct.

Q. So, question, before that first indictment is filed, you are aware of the information connected to the voting. Correct?

A. Correct.

Q. All right. So, my next question is, and I understand that you may not be able to say, I understand that, but do you know why the decision was made not to charge him for that conduct during the first indictment?

MR. PLECHAC-DIAZ: Objection, Your Honor. Asks for a legal conclusion.

THE COURT: Sustained.

I don't think it's his call. I think it's the prosecutor's call. You can ask him.

BY MR. WALLACE:

Q. Did you have any conversation with the prosecution of the

government about these voting charges at the time he was indicted on the first case?

MR. PLECHAC-DIAZ: Objection, Your Honor. Relevance.

THE COURT: I'm not sure that's the right ground, but it will be sustained on the same ground as before.

If you want to find out why, if you don't already know, talk to the prosecutor, but it's not this agent's call, I don't think.

MR. WALLACE: Understood, Your Honor.

BY MR. WALLACE:

Q. We heard on direct that your agency uncovered evidence to indicate that you believe Mr. Abreu registered to vote and voted. Correct?

A. Correct.

Q. And that evidence indicates in terms of when he actually submitted a ballot to vote.

Am I correct in saying that there is only evidence to show that he actually submitted a ballot in the 2022 election?

A. That is not the case.

Q. Okay. Which other elections, if you're aware of, has -- is there evidence showing that an actual ballot was submitted?

A. Off the top of my head there is at least one more record indicating, other than the one that you stated.

Q. Okay. Okay.

Do you know for sure which election that would have been

for?

A.   They were certified by the Broward County Supervisor of Elections, so they will be within the concurrent judicial cycle, presumptively.

Q.   Okay.  Okay.

During your investigation, you were able to come up with a list of addresses that Mr. Abreu is believed to have lived at. Correct?

A.   Correct.

Q.   Were you able to determine when he began living in an address permanently in South Florida?

A.   Yes.

Q.   Do you recall when that was?

A.   That was upon his initial application for a Florida driver's license where they must present proof of residence documents, in conjunction with receiving the license.

Q.   Okay.  Do you know when -- I understand that you need to submit that information in order to get a license, but do you know when he actually began living permanently in South Florida?

A.   Off the top of my head, I'd have to refer to the notes.

Q.   Okay.  So -- okay.  During your investigation, were you able to determine or did you come across any evidence to indicate that there are any other individuals in the United States living or using the same identifying information that

Mr. Abreu is accused to have used in this case?

A. There is only one, and that is the gentleman in Puerto Rico.

Q. I meant -- sorry -- any other individuals -- not the actual person corrected to, any other individuals using this identity in the United States?

A. No.

Q. The firearms that were found in the house, was an investigation forensic analyst, any sort of investigation done on those firearms?

A. Yes, we got trace reports from the ATFs.

Q. And any evidence to indicate that these firearms were used for illegal purpose or in connection with any other crime or anything like that?

A. Nothing to that.

Q. Anything to show that they were stolen or that the serial number was obliterated or that the firearms had been altered in any way?

A. No.

Q. Okay. The 2007 warrant from New Jersey, during your investigation did you across any evidence, any proof to indicate when or if Mr. Abreu was ever made aware of this warrant?

A. We interviewed his first spouse, his wife.

Q. Any evidence that Mr. Abreu -- no, I understand that you

indicated that you spoke to the wife and that she indicated that she was aware, but any evidence that directly showed that Mr. Abreu was made aware of the 2007 warrant?

A.   From a law enforcement perspective, no.

Q.   Okay.  On direct, I also heard that there is an allegation of a PPP loan application.  Do you know when that year -- excuse me, what year that was submitted?

A.   I don't know that off the top of my head.

Q.   Okay.  And to be clear, Mr. Abreu is not charged with PPP loan fraud in the first or second indictment.  Correct?

A.   Correct.

Q.   Okay.  Were you present during the first arrest of Mr. Abreu in 2024?

A.   Yes, I was.

Q.   And as Mr. Plechac-Diaz indicated, at first he was not -- at first he was deceptive.

Aside from this initial deception, was he otherwise compliant and cooperative with the search?

A.   He was.

Q.   Did he try to flee in any way?

A.   He did not.

Q.   Did he eventually admit his true identity to you?

A.   He did.

Q.   Did he -- during his --

A.   Can I clarify that?  Not to me but to the interviewing

agent.

Q. Okay. Okay. And you heard him say this?

A. Yes.

Q. All right. During the interview, did Mr. Abreu make any statements regarding his belief regarding the identity of the personal identifying information that he was using?

A. I do not recall that.

Q. Specifically, did he make any statements regarding whether he knew that the ID was actually attached to a real person?

MR. PLECHAC-DIAZ: Objection, Your Honor. Relevance.

THE COURT: It's certainly relevant, I think to the first pending charge. That goes to the strength of the evidence and reason to flee.

MR. PLECHAC-DIAZ: It does, Your Honor.

THE COURT: Overruled.

Can you rephrase the question?

MR. WALLACE: Absolutely.

BY MR. WALLACE:

Q. During your interview, did Mr. Abreu make any statements regarding his belief about whether or not the identity he was using was actually connected to a real living person?

A. I can't comment on that, as I wasn't the primary interviewer on that, but not to my knowledge, no.

Q. Were you present during the entire interview?

A. Not in its entirety.

Q. What part were you present for? What parts were you not present for?

A. I was present for the initial portion, and then the interviewing agent began conducting the interview. And once the -- that was given and the authorization he offered us the safe number and fully complied with the search. Then we conducted the search while the interview took place.

Q. Did you make any notes during the interview?

A. I did not make any notes.

Q. Okay. Did you review the notes from any other agents or officers that did take notes during the interview?

A. I reviewed the case report.

Q. Did you review that case report in preparation for today's hearing?

A. Yes.

Q. And you don't recall seeing anything in there in regards to what statements he made to case agents during that interview?

A. I didn't see, yeah.

Q. Okay. And you don't recall any specific conversations or statements that Mr. Abreu made to the case agent in regards to his belief about whether the personal identifying information was connected to a real individual?

A. Off the top of my head I do not recall.

MR. WALLACE: Okay. No further questions at this time, Your Honor.

THE COURT: Thank you.

Any redirect?

MR. PLECHAC-DIAZ: Yeah, I just have one or two questions, Your Honor.

REDIRECT EXAMINATION

BY MR. PLECHAC-DIAZ:

Q. You mentioned with respect to your investigation related to the New Jersey warrant, you spoke to the defendant's ex-wife. What did she inform you of?

A. She informed me that she was co-owner with him of a duplex and that the tenant of their duplex called her in regards to the conduct of Mr. Abreu.

Q. And did she discuss what efforts she made to get in contact with the defendant after he fled?

A. She initially did make contact with him on the first call, and then after that she couldn't -- he wouldn't pick up the phone and, you know, she wasn't able to reach him at any time.

MR. PLECHAC-DIAZ: All right. Thank you.

THE COURT: Thank you. You may step down.

Any additional evidence or proffer from the government?

THE WITNESS: No, Your Honor.

THE COURT: Any additional evidence, testimony or proffer from the government?

MR. PLECHAC-DIAZ: No, Your Honor.

THE COURT: Any evidence, testimony or proffer from the

defendant, including letting me know whether the Pretrial Services Report is accurate to the extent that you can?

MR. WALLACE: No, Your Honor.

THE COURT: All right. Argument from the government?

You can step down, sir.

THE WITNESS: Thank you.

MR. PLECHAC-DIAZ: Yes, Your Honor.

The government has sufficiently established by clear and convincing evidence that the defendant is a serious risk of flight. This has been articulated in his first detention order. The defendant has been a fugitive from justice for approximately 17 years. You know, in order to evade the prosecution in New Jersey he abandoned his wife and child so that any argument of strong familial ties to a community do not apply to this defendant.

He obtained the personal identification documents of another person fraudulently and assumed that person's identity, including obtaining identification documents with his likeness and fraudulently accessing benefits of United States citizens.

Taking into all the factors of 3142(g), those factors support detention.

The nature of this offense is one of fraudulent, you know, use of ID and identities. The weight of the evidence is strong. The defendant admitted his identity. Voter registration documents were found in his home, along with the

firearms. His history and characteristics include lack of United States citizenship, which he admitted in his factual proffer. You know, his willingness and capability to leave his wife and child at the time in New Jersey, you know, to evade prosecution are applicable here.

You know, further, his removal from the United States based on his immigration detainer, you know, would lead that no condition or combination of conditions could reasonably assure the defendant be present at his trial following the disposition -- you know, the evidence is overwhelming that the defendant is not only willing to take extraordinary steps to evade prosecution, but he is also adept at doing so by evading the warrant out of New Jersey for approximately 17 years.

Finally, Your Honor, that this Court has already found him to be a serious risk of flight, and I would reiterate all the arguments from that detention hearing are applicable here, even more so with the additional charges that are now pending against the defendant.

THE COURT: The charges in the warrant in New Jersey are still active?

MR. PLECHAC-DIAZ: They are, Your Honor.

THE COURT: Okay. Argument from the defense?

MR. WALLACE: Yes, Your Honor.

Understanding that Your Honor has already held him with no bond in the previous case, I do still think that certain

arguments are worth pointing out to the Court.

First, Your Honor, is that the government has argued several times that Mr. Abreu has demonstrated an ability or willingness to flee to escape persecution. I'm assuming that they are referring to the 2007 New Jersey warrant. However, Your Honor, as the agent has testified, there is no evidence whatsoever to show that Mr. Abreu personally was aware of this 2007 warrant or that his move from New Jersey to Florida was in any way motivated by this 2007 warrant.

There also was not any evidence to indicate when exactly he moved from New Jersey to Florida or how that in any way is connected to the 2007 warrant.

In regards to his flight risk, Your Honor, I do think that although he is not a U.S. Citizen, the fact that he has been here for 20 years, he's clearly evidenced an intent to remain here, has worked here in South Florida specifically for over ten years with his wife. He has two children here, obviously, which are part of the conduct in terms of passport in the first case, but he does have strong ties to the Southern District of Florida, having lived here for over ten years, having a wife here, having two kids here, also having worked here all for over ten years.

I don't believe that these new charges in any way make it more likely that he is going to flee. I have done a guideline calculation for him. They do not inflate them much

higher, certainly not any higher than the mandatory minimum he is already looking at in the first case. Additionally, Your Honor, I don't believe there is any evidence or any argument really proffered as to his danger to the community.

He was cooperative with law enforcement, although deceptive at first, regarding his identity. He was cooperative with the search with law enforcement, with their arrest, and he was eventually forthcoming with who he was.

I understand, like I said, Your Honor, that he is being held no bond on another case, but I do feel that the Court could fashion reasonable conditions in this case should he resolve the first case in between so he can get his affairs in order before he has to resolve this most recent case.

I rest on those arguments, Your Honor.

THE COURT: What is his estimated guideline on the gun case?

MR. WALLACE: On the gun case, Your Honor, specifically just a gun case, he's 0 to 6.

THE COURT: On the gun case he is 0 to 6?

MR. WALLACE: Yes, Your Honor, he is 0 to 6 because he has, I believe, an eight-level reduction because the firearm is not -- it's used only for sport and for lawful purpose not connected with any other crime or bad conduct, essentially.

His guideline range on the false statement on the first case, Your Honor, is 0 to 6. He has a 24-month mandatory

minimum on the agg ID.

On the voting registration false claims, Your Honor, if he were to go -- if he were to take a plea and get acceptance of responsibility, his guideline range is 10 to 16.

If he goes to trial on those counts, does not get acceptance of responsibility, his guideline range is 12 to 18 months.

THE COURT:  Okay.  Thank you.

All right.  I am going to grant the government's request for pretrial detention.  There is no presumption in the case.  The government is proceeding on serious risk of flight; therefore, I find that there is no evidence of danger to the community.  However, I have already taken judicial notice of the previous order.  I will adopt a reasoning in that order specifically that based on the nature and circumstances of the defense, the defendant's lack of status in the United States, his ties to a foreign country, presence of an active warrant for very serious criminal charges in another state, and the likelihood of removal from the United States following disposition of this matter, I find that he had little incentive to appear for trial and, therefore, presents a serious risk of flight.

The only thing different between then and now is he has now been convicted of some of the charges and certainly doesn't make it any better, and also he is facing new charges and

possibly new penalties.

I will also add -- I didn't specify in the previous one, but I also am considering his ability to operate under an alias. That makes it easier for him to avoid detection and that would go into the calculus as well.

So, for those reasons I find that he continues to be a serious risk of flight, and I will hold him in detention based on that.

Has he been arraigned on this?

MR. WALLACE: I believe he was, Your Honor, last week on Monday, if I'm not mistaken.

THE COURT: And I think there is a motion to consolidate.

MR. PLECHAC-DIAZ: There is a pending motion to consolidate, Your Honor.

MR. WALLACE: We're opposing that motion, Your Honor.

THE COURT: All right. Mr. Abreu, I am going to continue to hold you in detention. I don't think things have changed materially from the last time I saw you in the detention hearing, so I'm going to enter another order to that effect and order you in detention.

Anything else we need to do today in Mr. Abreu's case?

MR. PLECHAC-DIAZ: Your Honor, I was speaking with the agent. He doesn't believe that the arraignment happened on Monday.

THE COURT: Ruth doesn't believe it either.

MR. WALLACE: I apologize for misspeaking.

THE COURT: Are you ready to proceed with the arraignment?

MR. WALLACE: Yes, Your Honor. We have received a copy of the indictment. We have waived formal reading.

Mr. Abreu would plead not guilty to these charges at this time, reserve his right to a jury trial, and ask the Court to enter the standing Brady and discovery order if that has not already been entered at the initial appearance.

THE COURT: All right. The plea of not guilty and demand for jury trial being set and plea of not guilty and the demand for jury trial will be accepted and entered. I will sign the standing discovery order today.

Are you ready to do the Brady order, Ruth?

The Brady order has already been entered, so I will not re enter it.

Mr. Abreu, your case is assigned to Judge Dimitrouleas who sits here in Ft. Lauderdale. As things stand now your next appearance will be in front of Judge Dimitrouleas. My understanding is there has been a motion to consolidate with your other case. That will be up to the district judges involved whether to confirm that motion.

So you will either be appearing in this case in front of Judge Dimitrouleas or it will be rolled into your existing

case in front of Judge -- Leibowitz, is it?

MR. PLECHAC-DIAZ:  Yes, Your Honor.

THE COURT:  So, stay in touch with your lawyer.  Your lawyer will let you know the status of this case.

Anything else we need to do, Mr. Plechac-Diaz?

MR. PLECHAC-DIAZ:  No, Your Honor.

THE COURT:  Mr. Wallace.

MR. WALLACE:  No, Your Honor, thank you.

THE COURT:  Mr. Abreu, do you understand everything that went on here today?

THE DEFENDANT:  Yes.

THE COURT:  All right.  Good luck to you.

MR. PLECHAC-DIAZ:  Thank you, Your Honor.

(Proceeding were concluded.)

                        C E R T I F I C A T E


         I, Patricia Diaz, Registered Professional Reporter,

in and for the United States District Court for the Southern

District of Florida, do hereby certify that I transcribed from

digital audio recording the proceedings had the 10th day of

February, 2025, in the above-mentioned court; and that the

foregoing transcript is a correct and complete transcript of

said digital audio recording.


February 19, 2025     /s/Patricia Diaz_____
DATE                  PATRICIA DIAZ, FCRR, RPR, FPR
                      Official Court Reporter
                      United States District Court
                      400 North Miami Avenue, 11th Floor
                      Miami, Florida 33128
                      (305) 523-5178

**<u>Exhibit 5c:</u>**

**Previous Indictment Charging Jose Abreu on August 15, 2024**

**No Voter Fraud Counts**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## 24-60155-CR-LEIBOWITZ/AUGUSTIN-BIRCH

### CASE NO. _____

18 U.S.C. § 1542
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

v.

CARLOS JOSE ABREU,
a/k/a "C.R.V."

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Making a False Statement in a Passport Application
### (18 U.S.C. § 1542)

On or about October 2, 2021, in Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

### CARLOS JOSE ABREU,
### a/k/a "C.R.V."

did willfully and knowingly make a false statement in an application for a passport with the intent

to induce and secure the issuance of a passport under the authority of the United States for his own

use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to

such laws, in that the defendant represented that his name was "C.R.V.," when in truth and in fact,

and as the defendant then and there well knew, he was not "C.R.V.," in violation of Title 18, United

States Code, Section 1542.

## COUNT 2
### Making a False Statement in a Passport Application
### (18 U.S.C. § 1542)

On or about October 2, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### CARLOS JOSE ABREU,
### a/k/a "C.R.V."

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for M.H.R.'s use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant represented that his name was "C.R.V.," when in truth and in fact, and as the defendant then and there well knew, his name was not "C.R.V.," in violation of Title 18, United States Code, Section 1542.

## COUNT 3
### Making a False Statement in a Passport Application
### (18 U.S.C. § 1542)

On or about October 2, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### CARLOS JOSE ABREU,
### a/k/a "C.R.V."

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for C.H.R.'s use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant represented that his name was "C.R.V.," when in truth and in fact, and as the defendant then and there well knew, his name was not "C.R.V.," in violation of Title 18, United States Code, Section 1542.

Page 2 of 4

## COUNT 4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about October 2, 2021, in Broward County, in the Southern District of Florida, the defendant,

**CARLOS JOSE ABREU,**
**a/k/a "C.R.V."**

during and in relation to a felony violation of Title 18, United States Code, Section 1542, that is, willfully and knowingly making a false statement in a passport application, as charged in Count 1 of this Indictment, did knowingly possess, transfer, and use, without lawful authority, the means of identification of another person, that is, the name, place of birth, date of birth, and Social Security Number of "C.R.V.", in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CARLOS JOSE ABREU**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1542, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a.  any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

    b.  any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

    c.  any property, real or personal, that was used to facilitate, or intended to be used to

facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
BRIANNA COAKLEY
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

24-60155-CR-LEIBOWITZ/AUGUSTIN-BIRCH

**UNITED STATES OF AMERICA**

CASE NO.: _____

v.

CARLOS JOSE ABREU,
        a/k/a "C.R.V."

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
                  Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☒ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)
   I   ☒ 0 to 5 days                    ☐ Petty
   II  ☐ 6 to 10 days                   ☐ Minor
   III ☐ 11 to 20 days                  ☐ Misdemeanor
   IV  ☐ 21 to 60 days                  ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____

BRIANNA COAKLEY
Assistant United States Attorney
Court ID No.    A5503184

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  Carlos Jose Abreu a/k/a "C.R.V."

**Case No**: _____

Counts #: 1-3

False Statement on a Passport Application

Title 18, United States Code, Section 1542
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 2 years (Consecutive to any other sentence)
* **Max. Supervised Release:** 1 year
* **Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

<u>**Exhibit 6a:**</u>

**Indictment for Ashley R. Rivers (under alias Ashley Rad Hilliard)**

**March 20, 2025**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-60066-CR-DAMIAN/VALLE

18 U.S.C. § 1542
18 U.S.C. § 1015(f)
52 U.S.C. § 10307(c)
18 U.S.C. § 982(a)(6)

FILED BY _____ AT _____ D.C.

**Mar 20, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**UNITED STATES OF AMERICA**

**vs.**

**ASHLEY R. RIVERS**
**a/k/a "Ashley Rad Hilliard,"**

**Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### False Statement in Application for Passport
### (18 U.S.C. § 1542)

On or about July 16, 2016, in Broward County, in the Southern District of Florida, the defendant,

**ASHLEY R. RIVERS,**
**a/k/a "Ashley Rad Hilliard,"**

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his legal name was Ashley Rad Hilliard and that he was a United States citizen, which statements he knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT 2
### False Claim of Citizenship in Order to Vote
### (18 U.S.C. § 1015(f))

On or about July 14, 2020, in Broward County, in the Southern District of Florida, the defendant,

### ASHLEY R. RIVERS,
### a/k/a "Ashley Rad Hilliard,"

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in order to register to vote and to vote in a Federal, State and local election, in that he falsely stated and claimed that he was a United States citizen when registering to vote with the office of the supervisor of elections for Broward County, Florida, in violation of Title 18, United States Code, Section 1015(f).

## COUNT 3
### False Information in Voting
### (52 U.S.C. § 10307(c))

On or about October 19, 2020, in Broward County, in the Southern District of Florida, the defendant,

### ASHLEY R. RIVERS,
### a/k/a "Ashley Rad Hilliard,"

knowingly and willfully gave false information as to his name for the purpose of establishing his eligibility to vote in the general election held solely and in part for the purpose of selecting and electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, and Member of the United States House of Representatives, in that he submitted or caused to be submitted a vote to the supervisor of elections for Broward County, Florida, for the general election held on November 3, 2020, Florida, in violation of Title 52, United States Code, Section 10307(c).

## COUNT 4
### False Information in Voting
### (52 U.S.C. § 10307(c))

On or about November 2, 2024, in Broward County, in the Southern District of Florida, the defendant,

**ASHLEY R. RIVERS,**
**a/k/a "Ashley Rad Hilliard,"**

knowingly and willfully gave false information as to his name for the purpose of establishing his eligibility to vote in the general election held solely and in part for the purpose of selecting and electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, and Member of the United States House of Representatives, in that he submitted or caused to be submitted a vote to the supervisor of elections for Broward County, Florida, for the general election held on November 5, 2024, in violation of Title 52, United States Code, Section 10307(c).

### FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America certain property in which the defendants, **ASHLEY R. RIVERS a/k/a "Ashley Rad Hilliard,"** have an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 1542, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), in the following property:

> (a)  any conveyance, including any vessel, vehicle, or aircraft used in the commission of such violation; and

3

(b)  any property, real or personal –

(1)  that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; or

(2)  that was used to facilitate, or was intended to be used to facilitate, the commission of such violation.

3.  All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

_____
FOREPERSON

_____
FOR HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
CHRISTOPHER KILLORAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 25-60066-CR-DAMIAN/AOV

v.

Ashley R. Rivers
a/k/a "Ashley Rad Hilliard"

_____/
                  Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☑ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take ___3___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☑  0 to 5 days
   II   ☐  6 to 10 days
   III  ☐  11 to 20 days
   IV   ☐  21 to 60 days
   V    ☐  61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
    Christopher Killoran
    Assistant United States Attorney
    FL Bar No.          27999

1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ___ Ashley R. Rivers a/k/a "Ashley Rad Hilliard" _____

**Case No**: _____

Count #: 1

False Statement in Application for a Passport _____

18 U.S.C. § 1542 _____
**\* Max. Term of Imprisonment:** 10 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** n/a
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $250,000

Count(s) #: 2

False Claim of Citizenship in Order to Vote _____

18 U.S.C. § 1015(f) _____
**\* Max. Term of Imprisonment:** 5 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** n/a
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $250,000

Count(s) #: 3

False Information in Registering or Voting _____

52 U.S.C. § 10307(c) _____
**\* Max. Term of Imprisonment:** 5 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** n/a
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $10,000

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

Count(s) #: 4

<u>False Information in Registering or Voting</u>

<u>52 U.S.C. § 10307(c)</u>
**\* Max. Term of Imprisonment:** 5 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** n/a
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $10,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**<u>Exhibit 6b:</u>**

**Third Party Voter Registration – Ashley Rod Hillard**

**Democratic Party**

Ashley Hillard in Florida | Address, Age, Public Records Available

## Florida Residents Directory

Home / Ashley Hillard from Florida

# Ashley Hillard in Florida 9 people found

The ages of individuals named Ashley Hillard in Florida range    ... more



### Ashley Rod Hillard

Age: 60 (born in ⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛)

Party Affiliation:

Florida Democratic Party

Voter Status: Active

Lives at: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Margate, 33068 FL

View Full Profile



### Ashley Nicole Hillard

### Ashley Lashay Hilliard

Ashley Hillard - Florida Address, Age, Public Records, Street Records Available



## Want to know more about Ashley Hillard?   ADS

Address History

Social Profiles

Public Records
View Court Records

View Driving Records

View Background Reports

Get Report



## Are you looking for another Ashley Hillard?

Here are some related names:

Ashley Hilliard

Ashley Hilyard

Ashlee Hilliard

Ashli' Hilliard

Our algorithm has identified contact details for 9 people named **Ashley Hillard** in **Florida**, including 2 individuals local to Jacksonville, 1 individual local to Margate and 1 individual local to Holt.

Home    Privacy Policy    Terms of Use    FAQ    Opt Out

Most information on this website is public information in the State of Florida as part of the voter registration database. Please see the Florida Department of State website for more information. This website is not affiliated with the State of Florida. This website is not a consumer reporting agency under the Fair Credit Reporting Act. Information on this website is not permissible to be used for purposes as laid out in the FCRA.
© 2025 FloridaResidentDirectory

<u>**Exhibit 7a:**</u>

**Indictment for Yelyzaveta Demydenko and Svitlana Demydenko**

**August 5, 2025**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **25-80068-CR-ROSENBERG/REINHART(s)**

52 USC § 20511(2)(B)
18 USC § 2
18 USC § 1015(f)
18 USC § 611(a)

FILED BY_____ SP _____ D.C.

**Aug 5, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

Defendants.
_____/

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**YELYZAVETA DEMYDENKO,**
**and**
**SVITLANA DEMYDENKO,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that she knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section

20511(2)(B), and Title 18, United States Code, Section 2.

## COUNT 2

On or about August 18, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**YELYZAVETA DEMYDENKO,**
**and**
**SVITLANA DEMYDENKO,**

an alien, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f) and Title 18, United States Code, Section 2.

## COUNT 3

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**YELYZAVETA DEMYDENKO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## COUNT 4

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**SVITLANA DEMYDENKO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of

2

Representatives, in violation of Title 18, United States Code, Section 611(a).

**A TRUE BILL.**

**FOREPERSON**

*Carmen M. Lineberger* for
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 25-CR-80068-RLR(s)

v.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

**CERTIFICATE OF TRIAL ATTORNEY**

/

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants _____

**Court Division** (select one)
- ☐ Miami  ☐ Key West  ☐ FTP
- ☐ FTL  ☑ WPB

Total number of new counts __2__

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3.  Interpreter: (Yes or No) Yes
    List language and/or dialect: Ukranian
4.  This case will take · 2 days for the parties to try.
5.  Please check appropriate category and type of offense listed below:
    (Check only one)
    - I ☑ 0 to 5 days
    - II ☐ 6 to 10 days
    - III ☐ 11 to 20 days
    - IV ☐ 21 to 60 days
    - V ☐ 61 days and over

    (Check only one)
    - ☐ Petty
    - ☐ Minor
    - ☑ Misdemeanor
    - ☐ Felony

6.  Has this case been previously filed in this District Court? (Yes or No) Yes
    If yes, Judge Robin L. Rosenberg Case No. 25-CR-80068-RLR
7.  Has a complaint been filed in this matter? (Yes or No) Yes
    If yes, Judge Ryon M. McCabe Magistrate Case No. 25-mj-8216-RMM
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No)_____
    If yes, Judge _____ Case No._____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
JOHN C. McMILLAN
Assistant United States Attorney
SDFL Court ID No. A5500228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:    Yelyzaveta DEMYDENKO

Case No: _____

Count # 1:
Casting a False Ballot
Title 52, United States Code, Section 20511(2)(B)

\* **Max. Term of Imprisonment: 5 years**
\* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
\* **Max. Supervised Release: 3 years**
\* **Max. Fine:  $250,000**

Count # 2:
False Claim to United States Citizenship to Register to Vote
Title 18, United States Code, Section 1015(f)

\* **Max. Term of Imprisonment: 5 years**
\* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
\* **Max. Supervised Release: 3 years**
\* **Max. Fine:  $250,000**
\* **Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.**

Count # 3:
Unlawful Voting by an Alien in Presidential Election
Title 18, United States Code, Section 611(a)

\* **Max. Term of Imprisonment: 1 year (Class A Misdemeanor) imprisonment[1]**
\* **Mandatory Min. Term of Imprisonment (if applicable): not applicable**
\* **Max. Supervised Release: 1 year[2]**
\* **Max. Fine:  $100,000.00[3]**
\* **Special Assessment: $25.00[4]**
\* **Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.**

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  ___Svitlana DEMYDENKO_____

Case No: _____

Count # 1:
Casting a False Ballot_____
Title 52, United States Code, Section 20511(2)(B)_____

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count # 2:
False Claim to United States Citizenship to Register to Vote_____
Title 18, United States Code, Section 1015(f)_____

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**
* **Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.**

Count # 4:
Unlawful Voting by an Alien in Presidential Election_____
Title 18, United States Code, Section 611(a)_____

_____

* **Max. Term of Imprisonment: 1 year (Class A Misdemeanor) imprisonment[1]**
* **Mandatory Min. Term of Imprisonment (if applicable): not applicable**
* **Max. Supervised Release: 1 year[2]**
* **Max. Fine: $100,000.00[3]**
* **Special Assessment: $25.00[4]**
* **Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.**

_____

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**<u>Exhibit 7b:</u>**

**NPR Article Identifying Yelyzaveta Demydenko and Svitlana Demydenko**

**as Democrats**

HOURLY NEWS
Play Live Radio
LISTEN LIVE

MY PLAYLIST





n p r                                        DONATE

---

DEEP DIVE   ELECTIONS

# Trump's DOJ focuses in on voter fraud, with a murky assist from DOGE

UPDATED MAY 22, 2025 · 11:57 AM ET

HEARD ON ALL THINGS CONSIDERED

By Miles Parks, Jude Joffe-Block

**4-Minute Listen**                                   PLAYLIST   TRANSCRIPT

U.S. Attorney General Pam Bondi is seen during a press conference on May 7 in Washington, D.C. Bondi's Department of Justice recently charged a few noncitizens for alleged illegal voting, citing assistance from the Department of Government Efficiency, or DOGE.

*Kayla Bartkowski/Getty Images*

Last October, at a library in Boynton Beach, Fla., Yelyzaveta Demydenko went with her mom and stepdad to vote for the first time.

Demydenko, who's 22, told a federal investigator that she voted in the presidential election "because she wanted to make a difference." Her mother, Svitlana, also

voting for the first time, said she cast a ballot "because she wanted to support the country."

The women, who were born in Ukraine, are green card holders, not U.S. citizens, as is required to vote in federal elections. They now represent two of the first illegal voting charges brought by the Justice Department under President Trump.

Sponsor Message

The same week, federal law enforcement also announced charges against an Iraqi man accused of casting a ballot in the 2020 election, and a Jamaican woman accused of illegally voting in last year's presidential primary in Florida.

The four cases were made public about a month after Trump signed an executive order that seeks to add new document checks to voter registration, and as Republicans in Congress and in legislatures across the country try to pass laws with similar restrictions.



**ELECTIONS**

**Under Trump, the Justice Department is stepping away from some voting rights cases**

Trump and his allies have for years pushed the false narrative that non-U.S. citizens are voting in large numbers in federal elections, but nothing in these initial charges points to any widespread conspiracy.

The charges also come as the Justice Department's Civil Rights Division turns its focus from its longtime mission of protecting the constitutional rights of all Americans to enforcing the president's executive orders. And according to federal officials, at least some of the initial cases relate to work done by the Department of Government Efficiency, or DOGE, though the government has not disclosed many details on how the Elon Musk-led group was involved.

## Prosecuting mistakes

In the leadup to the 2024 election, Trump and his allies, including Musk, pushed the baseless conspiracy theory that the Biden administration allowed migrants to

enter the country so they would illegally vote in an attempt to steal the election for Democrats.

"A lot of these illegal immigrants coming in, they're trying to get them to vote," Trump said during last September's presidential debate. "They can't even speak English. They don't even know what country they're in practically."

No evidence ever came to light to support those allegations. And at least for the four people charged in recent weeks, available public records paint a much different picture.



**UNTANGLING DISINFORMATION**

**Claims that millions of noncitizens would illegally vote evaporated after Trump's win**

Records suggest the Iraqi man, Akeel Abdul Jamiel, had lived in the U.S. for more than a decade before allegedly voting illegally, and letters he appears to have submitted in other court cases show he was a fan of Trump and that he was worried about immigration.

"I pray and hope that illegal immigration be stopped completely," Jamiel wrote in a letter to the Trump White House in 2019. In a separate document he wrote, "May god bless my favorite President Mr. Donald J Trump the greatest man of our times." His New York voter record shows he registered with the Conservative Party in 2020.

Jacqueline Wallace, the Jamaican woman who was arrested, was registered as a Republican, according to the supervisor of elections for Bay County, Fla., where she registered. The charging document for Wallace also indicates she has been in the country for more than 14 years.

The Ukrainian mother and daughter, who have entered not guilty pleas, were both registered Democrats, according to local officials. They entered the country legally on visas, and were given permanent legal residence in the U.S. more than a year prior to voting. They told a federal investigator they didn't know they weren't also allowed to vote.

That's extremely common among these cases, said University of Idaho law professor Benji Cover, who wrote a paper about people, including noncitizens, misunderstanding election rules and being prosecuted in recent decades.

"We don't use the phrase 'voter mistake.' And I found in my research that a lot of these cases that are described as voter fraud seem to involve mistakes rather than fraud," Cover said. "There's a huge mismatch between the language we're using in our political rhetoric and the reality on the ground."

In a statement, White House spokesperson Liz Huston said: "Non-citizen voting is a very real problem, and anyone who says otherwise is delusional and lying." The White House also sent a list of noncitizen voting cases stretching back to 2011 that amount to roughly 30 people charged.



**ELECTIONS**

**Judge pauses parts of Trump's sweeping executive order on voting**



**ELECTIONS**

**The House has passed the Trump-backed SAVE Act. Here are 8 things to know**

In other isolated cases this year, noncitizens have been charged with illegal voting in addition to other forms of identity fraud. A handful of such federal prosecutions were also publicized during the Biden administration. But generally, Cover noted that it doesn't make sense for an immigrant without legal status to risk prison, deportation and family separation to cast one ballot — especially because the inherent paper trail of voting makes it very easy to get caught.

"It's a very strange crime because you actually go to the government to commit the crime and you write your name down on a piece of paper when you commit the crime," Cover said. "That always struck me as unlikely."

**What state reviews have found about noncitizen voting**

States are also beginning to quantify the noncitizen voting issue themselves — adding to the evidence that it rarely occurs.

Michigan recently released the results of a 2024 election audit that found 15 potential noncitizen votes out of the state's more than 5.7 million cast. A similar audit last year in Georgia uncovered 20 potential noncitizens out of the state's 8.2 million registered voters. Iowa says it found 35 potential noncitizen votes out of the state's nearly 1.7 million votes in 2024.

Still, some Republicans are pointing to the recent criminal cases as evidence of a systemic flaw that requires a comprehensive solution, like requiring all Americans to provide a birth certificate, passport or other citizenship document to register to vote. Research shows such a change would pose a barrier for as many as 1-in-10 American voters.

Trump's March 25 executive order called for adding a requirement to the national voter registration form to show proof of citizenship, but a federal judge paused that effort after finding the president did not have the authority to make that change.

The Republican-controlled House of Representatives also passed a version of such restrictions in March, called the SAVE Act, which is now at the Senate for consideration.

"The thing that never happens keeps happening," GOP Sen. Mike Lee of Utah wrote in response to news about the Demydenkos' charges. "American elections are for Americans only. Pass the SAVE Act NOW!"

In half of all states as well, legislatures have introduced some sort of proof-of-citizenship legislation in 2025, according to tracking by the Voting Rights Lab, with New Hampshire, Wyoming and Louisiana already having passed some form of those restrictions.

Arizona and Kansas were the first states to enact such laws and controversy followed. Kansas' law is no longer in effect after a federal court found it unconstitutional and evidence surfaced that tens of thousands of eligible citizens were blocked from voting.

10/10/25, 6:23 PM
Case 1:25-cr-20237-DPG    Document 43-2    Entered on FLSD Docket 11/21/2025    Page 74 of
134
Trump's DOJ focuses on voter fraud, with help from DOGE : NPR



A voter registers to vote in Derry, N.H., on March 11. New Hampshire's March elections were the first test of the state's new proof-of-citizenship law.

*Reba Saldanha/AP*

Cover, of the University of Idaho, says he worries isolated illegal voting arrests will be conflated into a bigger national crisis that justifies such restrictions.

"There may be ways to improve the voter registration process [so this never happens]. That's a legitimate policy goal," Cover said. "But when you start with this very heated political rhetoric and this false premise there's this massive widespread voter fraud, that suggests a very different set of solutions that involves making it much, much harder for everybody to register and much, much harder for everybody to vote."

## Unclear role for DOGE

Justice Department press releases, and the head of the Department of Homeland Security, credit DOGE with assisting with the investigations into Jamiel and the Demydenkos, but it is not clear what role DOGE played, or whether DOGE also assisted with the arrest of Wallace.

10/10/25, 6:23 PM
Case 1:25-cr-20237-DPG   Document 43-2   Entered on FLSD Docket 11/21/2025   Page 75 of 134
Trump's DOJ focused on voter fraud, with help from DOGE : NPR

NPR requested more information on DOGE's involvement in the cases but did not receive more details from the White House, DOJ or DHS.

The case against the Demydenkos was already underway in December, before Trump's inauguration, according to a statement from the Palm Beach County Supervisor of Elections, and so far there is no mention of DOGE in any court documents.

But those involved with DOGE have publicly mentioned election crimes work.

At a rally in Wisconsin at the end of March, Musk and associate Antonio Gracias, a DOGE staffer assigned to the Social Security Administration, revealed that DOGE was comparing Social Security data with state voter data in an effort to identify potential noncitizens who had illegally voted. Gracias said his team had referred cases of noncitizens voting to DHS' Homeland Security Investigations arm.

Earlier that same week, Trump's executive order instructed DHS to work with DOGE on voter list maintenance efforts. The next day, a Homeland Security Investigations special agent requested Jamiel's voter record from local election officials in New York, according to an email acquired by NPR through a public records request.

It's unclear how many potential noncitizen voters DOGE has uncovered.

Gracias told Fox News in early April that his team had found "thousands" of potential noncitizens on the voter rolls in a handful of states. But at the end of April, Musk and Gracias cited a smaller number — 57 — when they mentioned to reporters how many potential noncitizen voter fraud cases DOGE had referred so far to law enforcement, according to ABC News.



**POLITICS**
**How DOGE may have improperly used Social Security data to push voter fraud narratives**



**ELECTIONS**
**Despite Trump's win, 'election integrity' activists still seek sweeping voting changes**

Elections administrators note this sort of records matching is notoriously arduous and can lead to huge initial numbers of potential noncitizens that get whittled down once investigators dig in, eliminate false positives, and find up-to-date citizenship information on people who have naturalized.

Case 1:25-cr-20237-DPG   Document 43-2   Entered on FLSD Docket 11/21/2025   Page 76 of 134

In Ohio last year, for instance, Republican Secretary of State Frank LaRose referred more than 600 potential noncitizen voters from the previous decade for prosecution. The state's attorney general ended up announcing fewer than 10 indictments, and of those, the Associated Press found some who illegally voted had done so without understanding they were ineligible.

**"A scalpel, not a sledgehammer"**

Maybe the most high profile noncitizen voting incident last election cycle occured in Michigan, when a 19-year-old Chinese college student voted in Ann Arbor, then attempted to get his ballot back after it had already been counted. He now faces two state felony charges.

The incident put Michigan in the spotlight on the issue, so after voting was completed Secretary of State Jocelyn Benson, a Democrat, sought to put hard numbers to all the accusations and theories flying around.

"I think we all can agree that only U.S. citizens should be voting in American elections," Benson, who's also running for governor, told NPR in an interview. "And as the rhetoric around noncitizens having the ability to vote in our elections is increasing, I thought it was really important for us to just have a sense of the real raw numbers and data."

Her office compared the state's voter file to data they had on file with the state's department of motor vehicles and checked any matches against available federal citizenship data. Benson said she modeled the audit after the one Georgia election officials completed last year.

The Michigan audit revealed 15 potential noncitizens, in addition to the Chinese student, who seem to have successfully voted in 2024, and Benson's office turned those cases over to law enforcement for investigation.

When asked by NPR why she didn't have her office complete the review before the election, to prevent any improper votes, Benson said the state was implementing early voting for the first time in a presidential election — something that would impact every one of the state's more than 7 million registered voters — and there

was only so much effort she felt the state's local election administrators could put toward something she knew wasn't occurring in large numbers.

Benson is backing a bill in Michigan's legislature to permanently codify some citizenship checks on the back end of the state's registration system. Meanwhile, Republican lawmakers and advocacy groups are trying to put at least one proof-of-citizenship initiative on the 2026 ballot.

Benson is opposed to adding new burdens to the front end of registration for millions of voters.

"We want to have no evidence of people who aren't eligible voting in our elections," Benson said. "But this is a serious issue and it has to be addressed with a scalpel, not a sledgehammer."

voting stories



## We help make politics make sense

Let the NPR Politics newsletter keep you up to speed and break it all down in one email.

| Email address | SIGN UP |

See more subscription options

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

10/10/25, 6:23 PM
Case 1:25-cr-20237-DPG   Document 43-2   Entered on FLSD Docket 11/21/2025   Page 78 of 134
Trump's DOJ focuses on noncitizen voter fraud, with help from DOGE: NPR

Transcripts

Contact & Help

ABOUT NPR

Overview

Diversity

NPR Network

Accessibility

Ethics

Finances

GET INVOLVED

Support Public Radio

Sponsor NPR

NPR Careers

NPR Shop

NPR Events

NPR Extra

terms of use

privacy

your privacy choices

text only

© 2025 npr

<u>**Exhibit 8a:**</u>

**Indictment for Michael Rigby**

**June 13, 2025**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-80095-MIDDLEBROOKS/MATTHEWMAN**
CASE NO. _____

18 U.S.C. § 1546(a)
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 611(a)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

v.

MICHAEL RALPH RIGBY,

Defendant.

_____/

FILED BY _____ **BM** _____ D.C.

**Jun 12, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Fraud and Misuse of Visa, Permits, and Other Documents
### (18 U.S.C. § 1546(a))

On or about December 21, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**MICHAEL RALPH RIGBY,**

did knowingly make under oath, and as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, did knowingly subscribe as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, that is, a Form I-485, Application to Register Permanent Residence or Adjust Status, in that the defendant did represent that (a) he had been unemployed dating back to 1989 and had not ever worked in the United States without authorization, (b) he had not ever falsely claimed to be a U.S. citizen in writing or any other way, (c) that he had not ever

voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States, and (d) that he had not engaged in any other unlawful activity, when, in truth and in fact, and as the defendant then and there well knew, each of these statements and representations was false, in violation of Title 18, United States Code, Section 1546(a).

**COUNT 2**
**False Statement to a Federal Agency**
**(18 U.S.C. § 1001(a)(2))**

On or about January 7, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant, in a matter within the jurisdiction of the United States Citizenship and Immigration Services, United States Department of Homeland Security, an agency of the executive branch of the United States Government, the defendant,

**MICHAEL RALPH RIGBY,**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation as to a material fact, that is, in a Form I-485, Application to Register Permanent Residence or Adjust Status, the defendant did represent that (a) he had been unemployed dating back to 1989 and had not ever worked in the United States without authorization, (b) he had not ever falsely claimed to be a U.S. citizen in writing or any other way, (c) he had not ever voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States, and (d) he had not engaged in any other unlawful activity, when, in truth and in fact, and as the defendant then and there well knew, each of these statements and representations was false, in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

2

## COUNT 3
### Voting by an Alien
### (18 U.S.C. § 611(a))

On or about August 23, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL RALPH RIGBY,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for a Member of the Senate and a Member of the House of Representatives, in violation of Title 18, United States Code, Sections 611(a) and 2.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MICHAEL RALPH RIGBY**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1546(a), as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a.  any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

    b.  any property, real or persona, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

    c.  any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

3

All pursuant to Title 18, United State Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

STERLING M. PAULSON
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 25-CR-80095-MIDDLEBROOKS/MATTHEWMAN

v.

MICHAEL RALPH RIGBY,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami  ☐ Key West  ☐ FTP
☐ FTL  ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days               ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of N/A _____

10. Defendant(s) in state custody as of N/A _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Sterling M. Paulson
Assistant United States Attorney
SDFL Court ID No. A5503032

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   MICHAEL RALPH RIGBY

**Case No:** _____

Count #: 1

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $ 250,000**

Count #: 2

False Statement to a Federal Agency

Title 18, United States Code, Section 1001(a)(2)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $ 250,000**

Count #: 3

Unlawful Voting by an Alien in a Federal Election

Title 18, United States Code, Section 611(a)
* **Max. Term of Imprisonment: 1 year**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $ 250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Exhibit 8b:**

**Third Party Voter Registration – Michael Rigby**

**Democratic Party**



# Florida Residents Directory

Home / Cities / ███████████████████ / Michael R Rigby

## Michael R Rigby

Age 58, ████████████████████

West Palm Beach, 33407 Florida

Michael R Rigby, 58 years old, is currently listed at ██████████ West Palm Beach, 33407 Florida and is affiliated with the Florida Democratic Party. He is an black, not hispanic male.

## Overview of Michael R Rigby

Lives In: West Palm Beach, Florida    DOB: ██████████ 1966

Phone Number:

View Michael R Rigby's Background & Public Record Information

[ADS]

## Michael R Rigby Voter Profile

Party Affiliation:
Florida Democratic Party

Registered to vote since:
████████████████

Voter Status: ████████████        Precinct: ██████

Precinct Group: ██████        Precinct Split: ███████

Congressional District: ███        Senate District: ████

House District: ████        County Commission District: ████

School Board District: ████████████████

### Want to know more about Michael Rigby?    [ADS]

Address History

Social Profiles

Public Records

View Court Records

View Driving Records

**TOC**  ⌃

Michael R Rigby, Age 38, West Palm Beach, FL

Get Report

## Michael R Rigby Addresses & Maps



Show Map

## Residential Address

██████████ West Palm Beach, 33407 Florida

## Parcel Details

Find Michael's social profiles

See More Results for **Michael Rigby**

- in Florida

See More Results for **Rigby**

- in Florida

You might be looking for

**Michael Sean Rigby (67)**

*Cocoa Beach, FL*

View full result

**Michael R Rigby (65)**

*Miami Gardens, FL*

View full result

**Michael Eric Rigby (37)**

*Bunnell, FL*

View full result

**TOC**

*West Palm Beach, FL*

View full result

**Michael J Rigby (69)**

*Clearwater, FL*

View full result

Home    Privacy Policy    Terms of Use    FAQ    Opt Out

Most information on this website is public information in the State of Florida as part of the voter registration database. Please see the Florida Department of State website for more information. This website is not affiliated with the State of Florida. This website is not a consumer reporting agency under the Fair Credit Reporting Act. Information on this website is not permissible to be used for purposes as laid out in the FCRA.
© 2025 FloridaResidentDirectory

TOC ⌃

<u>**Exhibit 9a:**</u>

**Indictment for Roberto Figueredo**

**June 12, 2025**

Case 1:25-cr-20094-DMC Document 43-2 Entered on FLSD Docket 06/12/2025 Page 92 of 134

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-80094-CANNON/McCABE**

CASE NO. _____

52 U.S.C. § 20511(2)(B)
18 U.S.C. § 611(a)

UNITED STATES OF AMERICA

v.

**ROBERTO FIGUEREDO,**

Defendant.

_____/

FILED BY _____**BR**_____ D.C.

**Jun 12, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1.     On or about January 29, 2020, the defendant, **ROBERTO FIGUEREDO**, submitted a Florida voter registration application.

2.     In that voter registration application, **ROBERTO FIGUEREDO** affirmed that he was a citizen of the United States of America.

3.     In that voter registration application, **ROBERTO FIGUEREDO** affirmed that he was not a convicted felon, or that if he was a convicted felon, his right to vote had been restored.

4.     At the time **ROBERTO FIGUEREDO** submitted the voter registration application on or about January 29, 2020, **FIGUEREDO** was not a United States citizen.

5.     At the time **ROBERTO FIGUEREDO** submitted the voter registration application on or about January 29, 2020, **FIGUEREDO** was a convicted felon and his right to vote had not been restored.

**COUNT 1**
**Casting a False Ballot**
**(52 U.S.C. § 20511(2)(B))**

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. On or about October 1, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

**COUNT 2**
**Casting a False Ballot**
**(52 U.S.C. § 20511(2)(B))**

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. On or about July 28, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT 3
### Casting a False Ballot
### (52 U.S.C. § 20511(2)(B))

1.      The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about October 7, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT 4
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about October 1, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## COUNT 5
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about July 28, 2022, in Palm Beach County, in the Southern District of Florida, and

3

elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## COUNT 6
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about October 7, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

███████████

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

TIMOTHY FARINA
ASSISTANT UNITED STATES ATTORNEY

4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

ROBERTO FIGUEREDO,

_____/
                    Defendant.

**CASE NO.: 25-CR-80094-CANNON/McCABE**

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami  ☐ Key West  ☐ FTP
- ☐ FTL    ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☑ 0 to 5 days                  ☐ Petty
   II  ☐ 6 to 10 days                 ☐ Minor
   III ☐ 11 to 20 days                ☐ Misdemeanor
   IV  ☐ 21 to 60 days                ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge_____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
    Timothy Farina
    Assistant United States Attorney
    SDFL Court ID No.  A5503150

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Roberto Figueredo

**Case No**: _____

Counts 1–3:

Casting a False Ballot

Title 52, United States Code, Section 20511(2)(B)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts 4–6:

Unlawful Voting by an Alien in a Presidential Election

Title 18, United States Code, Section 611(a)
* **Max. Term of Imprisonment:** 1 year
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Exhibit 9b:**

**Third Party Voter Registration – Roberto Figueredo**

**Independent Party of Florida**



## Florida Residents Directory

Home / Cities / 33436 Boynton Beach / ▇▇▇▇ Roberto Figueredo

# Roberto Figueredo

Age 61, born ▇ 1964

Boynton Beach, 33436 Florida

Roberto Figueredo, 61 years old, is currently listed at ▇▇▇▇ Boynton Beach, 33436 Florida and is affiliated with the Independent Party of Florida. He is an hispanic male.

## Overview of Roberto Figueredo

Lives In: Boynton Beach, Florida      DOB: ▇▇▇▇ 1964

Phone Number: ▇▇▇▇      Email: ▇▇▇▇

> View Roberto Figueredo's Background & Public Record Information [ADS]

## Roberto Figueredo Voter Profile

Party Affiliation: Independent Party of Florida

Registered to vote since: ▇▇▇▇

Voter Status: ▇▇      Precinct: ▇▇

Precinct Group: ▇▇      Precinct Split: ▇▇

Congressional District: ▇▇      Senate District: ▇▇

House District: ▇▇      County Commission District: ▇▇

School Board District: ▇▇

> Want to know more about Roberto Figueredo? [ADS]
>
> Address History
>
> Social Profiles
>
> Public Records
>
> View Court Records

**TOC** ⌃

View Background Reports

Get Report

# Roberto Figueredo Addresses & Maps



## Residential Address

████████████     Boynton Beach, 33436 Florida

## Parcel Details



# Find Roberto's social profiles

See More Results for **Roberto Figueredo**

- in Florida

See More Results for **Figueredo**

- in Florida

# You might be looking for

### Roberto U Figueredo (92)

*Cutler Bay, FL*

View full result

### Roberto Figueredo (81)

*Miami, FL*

View full result

### Roberto Figueredo De La Campa (33)

*Miami, FL*

View full result

**TOC**  ⌃

**Roberto Figueredo (79)**

*Miami, FL*

View full result

**Roberto Figueredo (60)**

*Miami, FL*

View full result

**Roberto Figueredo Jr (21)**

*Miami, FL*

View full result

Home    Privacy Policy    Terms of Use    FAQ    Opt Out

Most information on this website is public information in the State of Florida as part of the voter registration database. Please see the Florida Department of State website for more information. This website is not affiliated with the State of Florida. This website is not a consumer reporting agency under the Fair Credit Reporting Act. Information on this website is not permissible to be used for purposes as laid out in the FCRA.
© 2025 FloridaResidentDirectory

**TOC** ⌃

<u>**Exhibit 10a:**</u>

**Indictment for Ortencia Brown**

**August 14, 2025**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 25-CR-20358-BECERRA/TORRES
CASE NO. _____

52 U.S.C. § 20511(2)(B)
18 U.S.C. § 611(a)

UNITED STATES OF AMERICA

v.

ORTENCIA BROWN,

      Defendant.

_____/

FILED BY _____ BM _____ D.C.

**Aug 14, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Casting a False Ballot
### (52 U.S.C. § 20511(2)(B))

On or about August 15, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ORTENCIA BROWN,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that she knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

### COUNT 2
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about August 15, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ORTENCIA BROWN,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the

office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

███████████████████

FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
ALMAS ABDULLA
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-20358-BECERRA/TORRES**

v.

ORTENCIA BROWN

**CERTIFICATE OF TRIAL ATTORNEY**

_____ /
              Defendant.

**Superseding Case Information:**

New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [x] Miami  [ ] Key West  [ ] FTP
- [ ] FTL  [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect:_____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge_____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
     Almas Abdulla
     Assistant United States Attorney
     SDFL Court ID No.  A5503257

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: ORTENCIA BROWN

**Case No**:

Count 1:

Casting a False Ballot

Title 52, United States Code, Section 20511(2)(B)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count 2:

Unlawful Voting by an Alien in Presidential Election

Title 18, United States Code, Section 611(a)
* **Max. Term of Imprisonment:** 1 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $100,000

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**<u>Exhibit 10b:</u>**

**Third Party Voter Registration – Ortencia Brown**

**Democratic Party**

Enter a name to search                                                    🔍 SEARCH

Home (/) / Search (/voters/ortencia-brown/1) / Ortencia Brown



# Ortencia Brown's Florida Voter Registration

Miami, Florida

Ortencia Brown (age 46) is listed at ▮▮▮▮▮▮▮▮ Miami, Fl 33127 (/address/1 ▮▮▮▮▮▮▮▮▮▮▮ and is affiliated with the Democratic Party. She is a black, non hispanic female registered to vote in Miami-Dade County, Florida.

Share                                                                    ✉ ⓕ

(https://www.facebook.com/sharer/sharer.php?
u=https://voterrecords.com/voter/9620783/ortencia-
brown) 𝕏 (https://twitter.com/share?
url=https://voterrecords.com/voter/9620783/ortencia-
brown)

Background Report (/btn/bg/bv-person/3/9620783)

## Overview of Ortencia Brown

**Lives in:** Miami, Florida
**Phone:** View phone number ☑ (/btn/bg/bv-person/14/9620783) Ad
**Age:** 46
**Gender:** Female
**Race:** Black, Non Hispanic

## Ortencia Brown's Voter Registration

**Party Affiliation:** Democratic Party
**Registered to Vote In:** Miami-Dade County, Florida
**Registration Date:** ▮▮▮▮▮▮▮▮▮▮
**Voter Status:** ▮▮▮▮▮▮▮▮
**Precinct:** ▮▮▮▮▮▮
**Precinct Group:** ▮▮▮▮
**Precinct Split:** ▮▮▮
**Congressional District:** ▮▮▮
**House District:** ▮▮
**Senate District:** ▮▮
**County District:** ▮▮
**School Board District:** ▮▮▮

## Detailed Records For Ortencia Brown

Person                                                                   A

Ortencia Brown from Miami, Florida | VoterRecords.com

☑ **Ortencia Brown (http://tracking.truthfinder.com/?**
**a=580&oc=27&c=288&dip=&s1=&s2=dapi&s3=1&firstName=Ortencia&lastName=Brown&city=Miami&state=FL&page=r)**
**(46)**
Miami, FL

C E R Y E V E

⚠ **Ortencia Brown (http://tracking.truthfinder.com/?**
**a=580&oc=27&c=288&dip=&s1=&s2=dapi&s3=2&firstName=Ortencia&lastName=Brown&city=Miami&state=FL&page=r)**
Miami, FL

C E

☑ **Ortencia Brown (http://tracking.truthfinder.com/?**
**a=580&oc=27&c=288&dip=&s1=&s2=dapi&s3=3&firstName=Ortencia&lastName=Brown&city=Miami&state=FL&page=r)**
Miami, FL

C V F V

VIEW MORE RESULTS 👥 (/BTN/BG/TF-PERSON/13/9620783)

*Sponsored by TruthFinder*

## Ortencia Brown's Address & Maps



Show Map

**Residential Address:**
████████ Miami, Fl 33127

## Neighbors



## Reports Found on Ortencia Brown

**Person**



Ortencia Brown from Miami, Florida | VoterRecords.com

☑ **Ortencia A Brown (https://htrk1.beenverified.com/aff_c?**
**offer_id=638&aff_id=2511&fn=ORTENCIA&ln=BROWN&town=MIAMI&state=FL&aff_sub=voterrecords&aff_sub2=dapi&aff_**
**(46)**
Miami, FL

⚠ **Ortencia Brown (https://htrk1.beenverified.com/aff_c?**
**offer_id=638&aff_id=2511&fn=ORTENCIA&ln=BROWN&town=MIAMI&state=FL&aff_sub=voterrecords&aff_sub2=dapi&aff_**
Miami, FL

SEARCH MORE REPORTS 📄 (/BTN/BG/BV-PERSON/16/9620783)

*Sponsored by BeenVerified*

## More About Ortencia Brown

Search to see if Ortencia Brown has any of the following types of information:

⚖ Court Records    🏠 Address History
📇 Offenses    🏢 Job History
🏛 Criminal & Traffic 👤 Social Profiles

Run Background Search (/btn/bg/tf-person/12/9620783)

*Sponsored by TruthFinder*

## Related Records

10/10/25, 6:36 PM    Case 1:25-cr-20237-DPG    Document 43-2    Entered on FLSD Docket 11/21/2025    Page 112 of
Ortencia Brown from Miami, Florida | VoterRecords.com
134

Democratic Party

## Research More People

View people from Miami, FL (/voters/miami-fl/1)

View All Voters (/voters/1)

### Search for yourself or someone you know

| Enter a name to search | |

## Register to Vote/Update Information

Florida Voters

*The following buttons will take you to details on how to register to vote or update your existing voter registration in the state of Florida.*

UPDATE VOTER REGISTRATION (/STATE/FL)

REGISTER TO VOTE (/STATE/FL)

Back to Top ⌃

Terms & Conditions (/terms)   Privacy Policy (/privacy-policy)   About Us (/about)   Frequently Asked Questions (/faq)   Contact Us (/contact)

Record Opt-Out (/manage/9620783/ortencia-brown)

All public records appearing on VoterRecords.com are sourced from official government public records that were released under FOIA and public record laws. No claim is made as to the accuracy of the data or other information presented. All data is provided "as is" and should not be relied upon for any legal or official use. VoterRecords.com is not a consumer reporting agency as defined by the Fair Credit Reporting Act (FCRA) and as such you are not permitted to use this site for any FCRA governed activities such as but not limited to eligibility to determine employment, housing, credit, loans, insurance or any other activity that would require FCRA compliance.

© 2025 - VoterRecords.com

<u>**Exhibit 11a:**</u>

**Indictment for Moises Lima Jr.**

**October 30, 2025**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _25-60254-CR-DAMIAN/VALLE_

18 U.S.C. § 1015(f)
18 U.S.C. § 611

UNITED STATES OF AMERICA

v.

MOISES LIMA JUNIOR,

      Defendant.

_____/

FILED BY _____ AT _____ D.C.

Oct 30, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### False Claim of Citizenship in Order to Vote
### (18 U.S.C. § 1015(f))

On or about February 18, 2024, in Broward County, in the Southern District of Florida, the

defendant,

### MOISES LIMA JUNIOR,

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in

order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated

and claimed that he was a United States citizen when registering to vote with the office of the

supervisor of elections for Broward County, Florida, in violation of Title 18, United States Code,

Section 1015(f).

## COUNT 2
**Voting by Alien**
**(18 U.S.C. § 611)**

On or about October 21, 2024, in Broward County, in the Southern District of Florida, the

defendant,

### MOISES LIMA JUNIOR,

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for President, Vice President, United States Senator,

and Member of the House of Representatives, in violation of Title 18, United States Code, Section

611.

FOREPERSON

_BRUCE D. BROWN_

FOR JASON A. REDING QUINONES
UNITED STATES ATTORNEY

CHRISTOPHER KILLORAN
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

Moises Lima Junior,

_____/
Defendant.

**CASE NO.:** _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**

New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

☐ Miami  ☐ Key West  ☐ FTP
☑ FTL  ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect:_____

4. This case will take __2-3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I  ☑  0 to 5 days
   II  ☐  6 to 10 days
   III  ☐  11 to 20 days
   IV  ☐  21 to 60 days
   V  ☐  61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____
7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Judge_____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No____
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _____
Christopher Killoran
Assistant United States Attorney
FL Bar No.        27999

1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ___Moises Lima Junior___

**Case No:** ___

Count #: 1

False Claim of Citizenship in Order to Vote

18 U.S.C. § 1015(f)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 2

Voting by Alien

18 U.S.C. § 611
* **Max. Term of Imprisonment:** 1 year
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $100,000

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Exhibit 11b:**

**Third Party Voter Registration – Moises Lima**

**Democratic Party**

Moises Adin Lima | Florida Voter Records

VoterRecords.com        Share 22.4K

Enter a name to search        SEARCH

Home  /  Search  /  Moises Adin Lima

Democrat
Affiliation

# Moises Adin Lima's Florida Voter Registration

Pembroke Pines, Florida

Moises Adin Lima (age 80) is listed at                    Pembroke Pines, Fl 33026-2325 and
is affiliated with the Democratic Party. He is a white, non hispanic male registered to vote in
Broward County, Florida.

Share

**Background Report**

## Overview of Moises Adin Lima

**Lives in:**  Pembroke Pines, Florida
**Phone:** View phone number ☐ Ad
**Age:**  80
**Gender:**  Male
**Race:**  White, Non Hispanic

# Moises Lima's Voter Registration

**Party Affiliation:** Democratic Party
**Registered to Vote In:** Broward County, Florida
**Registration Date:** ████████
**Voter Status:** ████████
**Precinct:** ████████
**Precinct Group:** ██
**Precinct Split:** ██
**Congressional District:** ██
**House District:** ██
**Senate District:** ██
**County District** ██
**School Board District:** ██

# Detailed Records For Moises Lima



# Moises Lima's Address & Maps

**Residential Address:**

11/18/25, 6:50 PM
Case 1:25-cr-20237-DPG    Document 43-2    Entered on FLSD Docket 11/21/2025    Page 122 of
Moises Adin Lima from Pembroke Pines, Florida | VoterRecords.com
134

Pembroke Pines, Fl 33026-2325



people that live on

SEARCH MORE REPORTS 📄

*Sponsored by BeenVerified*

# More About Moises A Lima

Search to see if Moises A Lima has any of the following types of information:

⚖️ Court Records

🪪 Offenses

🏛️ Criminal & Traffic

🏠 Address History

🏢 Job History

👤 Social Profiles

Run Background Search

*Sponsored by TruthFinder*

# Related Records



*People appearing above are matched based on similarities in their records.*

# Research More People

View people from Pembroke Pines, FL

View All Voters

## Search for yourself or someone you know

Enter a name to search

# Register to Vote/Update Information

## Florida Voters

*The following buttons will take you to details on how to register to vote or update your existing voter registration in the state of Florida.*

UPDATE VOTER REGISTRATION

REGISTER TO VOTE

Back to Top



Terms & Conditions   Privacy Policy   About Us   Frequently Asked Questions   Contact Us   Record Opt-Out


All public records appearing on VoterRecords.com are sourced from official government public records that were released under FOIA and public record laws. No claim is made as to the accuracy of the data or other information presented. All data is provided "as is" and should not be relied upon for any legal or official use. VoterRecords.com is not a consumer reporting agency as defined by the Fair Credit Reporting Act (FCRA) and as such you are not permitted to use this site for any FCRA governed activities such as but not limited to eligibility to determine employment, housing, credit, loans, insurance or any other activity that would require FCRA compliance.

© 2025 - VoterRecords.com

<u>**Exhibit 12a:**</u>

**Indictment for Chelsea Michelle Ann Cox**

**October 22, 2025**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-60249-Leibowitz/Augustin-Birch

18 U.S.C. § 611

UNITED STATES OF AMERICA

v.

CHELSEA MICHELLE ANN COX,

   Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

**Voting by Alien**
**(18 U.S.C. § 611)**

On or about October 29, 2020, in Broward County, in the Southern District of Florida, the

defendant,

**CHELSEA MICHELLE ANN COX,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for President, Vice President, and Member of the

House of Representatives, in violation of Title 18, United States Code, Section 611.

FOR JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BRUCE O. BROWN

_____
CHRISTOPHER KILLORAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO.:  25-cr-60249-Leibowitz/Augustin-Birch |
|---|---|

v.

**CERTIFICATE OF TRIAL ATTORNEY**

Chelsea Michelle Ann Cox,

_____/      **Superseding Case Information:**
Defendant.              New Defendant(s) (Yes or No)_____

**Court Division** (select one)          Number of New Defendants _____
☐ Miami  ☐ Key West  ☐ FTP      Total number of new counts _____
☑ FTL   ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect: _____

4.  This case will take ___2___ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                (Check only one)
    I   ☑ 0 to 5 days             ☐ Petty
    II  ☐ 6 to 10 days            ☐ Minor
    III ☐ 11 to 20 days           ☑ Misdemeanor
    IV  ☐ 21 to 60 days           ☐ Felony
    V   ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____
7.  Has a complaint been filed in this matter? (Yes or No) No
    If yes, Judge _____ Magistrate Case No._____
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge _____ Case No._____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Christopher Killoran
Assistant United States Attorney
FL Bar No.      27999

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** Chelsea Michelle Ann Cox

**Case No:** 25-cr-60249-Leibowitz/Augustin-Birch

Count #1:

Voting by Alien

18 U.S.C. § 611
* **Max. Term of Imprisonment:** 1 year
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $100,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER:   25-cr-60249-Leibowitz/Augustin-Birch

### BOND RECOMMENDATION

DEFENDANT: Chelsea Michelle Ann Cox

$5,000 Personal Surety

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _____

AUSA:    Christopher KIlloran



Last Known Address: 6545 NW 46th St

Lauderhill, FL 33319


What Facility:


Agent(s):        HSI SA David Jansen

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

**<u>Exhibit 12b:</u>**

**Third Party Voter Registration – Chelsea Cox**

**No party affiliation**

 **Florida Residents Directory**

# Chelsea M Cox

Age 50, born ██ 1975

Lauderhill, 33319-4151 Florida

Chelsea M Cox, 50 years old, is currently listed at ████████████ Lauderhill, 33319-4151 Florida and is not affiliated to any political party. She is a multi-racial female.

## Overview of Chelsea M Cox

Lives In: Lauderhill, Florida          DOB: ████████████975

View Chelsea M Cox's Background & Public Record Information ADS

## Chelsea M Cox Voter Profile

Party Affiliation: No Party Affiliation          Registered to vote since:

Voter Status: ████          Precinct: ████

Precinct Group: ████          Precinct Split: ████

Congressional District: ████          Senate District: ██

House District: ████          County Commission District: ████

School Board District: ████

Want to know more about Chelsea Cox? ADS

## Residential Address

Find Chelsea's social profiles

See More Results for **Chelsea Cox**

- in Florida

See More Results for **Cox**

- in Lauderhill FL
- in Florida

Home    Privacy Policy    Terms of Use    FAQ    Opt Out



Most information on this website is public information in the State of Florida as part of the voter registration database. Please see the Florida Department of State website for more information. This website is not affiliated with the State of Florida. This website is not a consumer reporting agency under the Fair Credit Reporting Act. Information on this website is not permissible to be used for purposes as laid out in the FCRA.

© 2025 FloridaResidentDirectory